IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

VANGUARD IDENTIFICATION SYSTEMS, INC.,

    Plaintiff,

v.

RONNIE E. GOADE, SR., individually and as Trustee for the RONNIE E. GOADE, SR. REVOCABLE TRUST, RONNIE E. GOADE, SR. REVOCABLE TRUST, and REG OKLAHOMA ACQUISITIONS, LLC,

    Defendants.

CIVIL ACTION
NO. 02-CV-02943 (JPF)

## ORDER

AND NOW, this _____ day of _____, 2002, upon consideration of Movant's Unopposed Motion for Admission of James C. McMillin *ProHac Vice*, it is hereby ORDERED AND DECREED that James C. McMillin is admitted *pro hac vice* in this action as counsel for defendants Ronnie E. Goade, Sr., the Ronnie E. Goade, Sr. Revocable Trust, and REG Oklahoma Acquisitions, LLC.

_____
FULLAM, J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VANGUARD IDENTIFICATION SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> RONNIE E. GOADE, SR., individually and as Trustee for the RONNIE E. GOADE, SR. REVOCABLE TRUST, RONNIE E. GOADE, SR. REVOCABLE TRUST, and REG OKLAHOMA ACQUISITIONS, LLC, <br><br> Defendants. | CIVIL ACTION <br> NO. 02-CV-02943 (JPF) <br><br><br> FILED OCT 1 6 2002 |

## UNOPPOSED MOTION FOR ADMISSION *PRO HAC VICE* OF JAMES C. MCMILLIN

A. Richard Feldman, a member of the Bar of this Court, and counsel for Ronnie E. Goade, Sr., the Ronnie E. Goade, Sr. Revocable Trust, and REG Oklahoma Acquisitions, LLC ("Defendants"), in the above captioned matter, hereby moves for the admission *pro hac vice* of James C. McMillin, member of the law firm of McAfee & Taft, P.C., 10th Floor, Two Leadership Square, Oklahoma City, OK 73102-7103, as counsel for the Defendants in the above-captioned matter. In support of this Unopposed Motion, the declaration of A. Richard Feldman is attached hereto as Exhibit A.

Counsel for plaintiff has stated that plaintiff does not oppose the granting of this Motion.

*[signature]*
A. Richard Feldman, Esquire (41329)
Greg A. Rowe, Esquire (80066)
BAZELON LESS & FELDMAN, P.C.
1515 Market Street, Suite 700
Philadelphia, PA 19102
215-568-1155 (voice)
215-568-9319 (fax)

Dated: October 16, 2002

**Of Counsel:**
James C. McMillin, Esquire
McAfee & Taft, P.C.
10th Floor, Two Leadership Square
Oklahoma City, OK 73102-7103
405-235-9621 (Voice)
405-235-0439 (Fax)

# **<u>EXHIBIT A</u>**

Case 2:02-cv-02943-JF  Document 11  Filed 10/16/2002  Page 3 of 6

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

VANGUARD IDENTIFICATION SYSTEMS, INC.,

          Plaintiff,

v.

RONNIE E. GOADE, SR., individually and as Trustee for the RONNIE E. GOADE, SR. REVOCABLE TRUST, RONNIE E. GOADE, SR. REVOCABLE TRUST, and REG OKLAHOMA ACQUISITIONS, LLC,

          Defendants.

CIVIL ACTION
NO. 02-CV-02943 (JPF)

---

### DECLARATION IN SUPPORT OF UNOPPOSED MOTION FOR ADMISSION *PRO HAC VICE* OF JAMES C. MCMILLIN

A. Richard Feldman, in support of Defendants' Unopposed Motion For Admission *Pro Hac Vice* of James C. McMillin deposes and says as follows:

1      I am a member in good standing of the Bar of this Court and local counsel for defendants.

2.     Principal counsel for defendants – James C. McMillin – is a member in good standing in the Bar of the State of Oklahoma, the Bar of the State of New York, the Bar of the District of Columbia, and the Bar of the United States Supreme Court, with no disciplinary or grievance proceedings filed or pending against him, and he has not resigned or been denied admission, reprimanded, suspended or disbarred from the practice of law by this or any other court. James C. McMillin is admitted to practice before the United States District Courts for the Southern District of New York, the Eastern District of New York, the Northern District of California, the Western District of Oklahoma, the Northern District of Oklahoma, and the District of Columbia.

3. Admission of James C. McMillin *pro hac vice* in this action, on behalf of the Defendants, will facilitate presentation of the issues for adjudication by the Court. Mr. McMillin has acquired special knowledge with respect to the claims made by the Defendants.

4. If admitted *pro hac vice*, James C. McMillin will abide by all the rules of this Court, copies of which have been provided to him. I will also be able to provide any assistance regarding the rules and operating procedures of this Court.

5. I have spoken with David J. Perlman, counsel for Plaintiff, and confirmed that Plaintiff does not oppose the granting of this Motion.

Respectfully Submitted,

_____
A. Richard Feldman, Esquire
Identification No. 41329
BAZELON LESS & FELDMAN, P.C.
1515 Market Street, Suite 700
Philadelphia, PA 19102
215-568-1155 (voice)
215-568-9319 (fax)

Dated: October 16, 2002

**Of Counsel**:
James C. McMillin, Esquire
McAfee & Taft, P.C.
10th Floor, Two Leadership Square
Oklahoma City, OK 73102-7103
405-235-9621 (Voice)
405-235-0439 (Fax)

## CERTIFICATE OF SERVICE

I, A. Richard Feldman, hereby certify that on October 16, 2002, a true and correct copy of Defendants' Unopposed Motion for Admission *Pro Hac Vice* of James C. McMillin was served via hand delivery, upon:

> David J. Perlman
> Bochetto & Lentz, P.C.
> 1524 Locust Street
> Philadelphia, PA 19102

_____
A. Richard Feldman