**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| VANGUARD IDENTIFICATION SYSTEMS, INC., | : |
| Plaintiff, | : CIVIL ACTION NO. 97-CV-6790(JPF) |
| v. | : |
| STIK/STRIP LAMINATING CO., INC., d/b/a SSI PHOTO I.D., and DOCUSYSTEMS, INC., | : |
| Defendants. | : |

| | |
|---|---|
| VANGUARD IDENTIFICATION SYSTEMS, INC., | : |
| Plaintiff, | : CIVIL ACTION NO.02-CV-02943(JPF) |
| v. | : |
| RONNIE E. GOADE, SR., individually and as Trustee for the RONNIE E. GOADE, SR. REVOCABLE TRUST, | : |
| RONNIE E. GOADE, SR. REVOCABLE TRUST, and REG OKLAHOMA ACQUISITIONS, LLC, | : |
| Defendants. | : |

**<u>NOTICE OF FILING</u>**

To:   David J. Perlman, Esquire
      Bochetto & Lentz, P.C.
      1524 Locust Street
      Philadelphia, PA  19102

Defendants REG Oklahoma Acquisition, LLC, Ronnie E. Goade, Sr., and the Ronnie E. Goade, Sr. Revocable Trust hereby give notice that a certified copy of the Journal Entry of Judgment entered on April 14, 2003 by the District Court of Oklahoma County, State of Oklahoma in *REG Oklahoma Acquisitions LLC. v. Stik/Strip Laminating Company, Inc. and Vanguard Identification Systems, Inc.,* Case No. CJ-2002-2958-63 (D. Ct. Okla. Cty.), a certified copy of which is attached hereto as Exhibit "A," has been filed of record in the above-captioned actions.

                                        BAZELON LESS & FELDMAN, P.C.


                              BY:       _____
                                        A. Richard Feldman (No. 41329)
                                        Greg A. Rowe (No. 80066)
                                        1515 Market Street - Suite 700
                                        Philadelphia, PA 19102-1907
                                        (215) 568-1155

                                        Counsel for Defendants

OF COUNSEL:

Joseph H. Bocock, Esq.
Michael D. McClintock, Esq.
McAfee & Taft A Professional Corporation
Tenth Floor, Two Leadership Square
211 North Robinson
Oklahoma City, Oklahoma  73102-7103
T:  (405) 235-9621
F:  (405) 235-0439

Dated: April 18, 2003

**CERTIFICATE OF SERVICE**

    I, Greg A. Rowe, hereby certify that on this 18th day of April, 2003, I served a copy of the foregoing Notice of Filing via Hand Delivery upon:

> David J. Perlman, Esquire
> Bochetto & Lentz, P.C.
> 1524 Locust Street
> Philadelphia, PA  19102

    By: _____
           Greg A. Rowe