IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| VANGUARD INDENTIFICATION SYSTEMS; INC. | Date of Notice: May 12, 2003 |
| vs. | : |
| RONNIE E. GOADE, SR., INDIVIDUALLY AND AS TRUSTEE FOR THE RONNIE E. GOADE, SR. REVOCABLE TRUST, et al. | : CIVIL ACTION NO. 02-2943 |

TAKE NOTICE that the above-captioned matter is scheduled for **a HEARING ON MOTION TO COMPEL DISCOVERY** in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, PA, before the Honorable John P. Fullam, on May 27, 2003 at 10:00 A.M. in Courtroom No. 15A.

If trial counsel is on trial or otherwise engaged at the time of the scheduled hearing, another attorney in such trial counsel's office should appear.

THE MATTER WILL BE CONTINUED TO ANOTHER DATE ONLY IN EXCEPTIONAL CASES.

Very truly yours,

Rosalind Burton-Hoop
Deputy Clerk to Judge Fullam

COPIES BY MAIL ON   5/12/03     TO: David J. Perlman, Esquire
                                    George Bochetto, Esquire
                                    James C. McMillin, Esquire
                                    Jeffrey W. Ogren, Esquire
                                    Robert A. Nicholas, Esquire
                                    A. Richard Feldman, Esquire