```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA


VANGUARD IDENTIFICATION          :     CIVIL ACTION
SYSTEMS, INC.                    :
                                 :
        v.                       :
                                 :
RONNIE E. GOADE, SR., et al.     :     NO. 02-2943
```

ORDER

AND NOW, this       day of May 2003, IT IS ORDERED:

1. Defendants' Motion to Dismiss is DENIED.

2. Counsel for the parties shall, within ten (10) days, submit one or more proposed confidentiality orders covering materials produced or to be produced in discovery.

3. A hearing with respect to any unresolved discovery issues is scheduled for May 27, 2003 at 10:00 a.m. in Courtroom 15A.

_____
John P. Fullam, Sr. J.