# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VANGUARD IDENTIFICATION SYSTEMS, INC., | : <br> : <br> : CIVIL ACTION NO. 02-CV-02943 (JPF) |
| Plaintiff, | : <br> : |
| v. | : <br> : |
| RONNIE E. GOADE, SR., individually and as Trustee for the RONNIE E. GOADE, SR. REVOCABLE TRUST, | : <br> : <br> : |
| RONNIE E. GOADE, SR. REVOCABLE TRUST, | : <br> : |
| and | : <br> : |
| REG OKLAHOMA ACQUISITIONS, LLC, | : <br> : |
| Defendants. | : |

## **ORDER**

AND NOW, this ___ day of _____, 2003, it is hereby ORDERED and DECREED that Defendants Ronnie E. Goade, Sr., Ronnie E. Goade, Sr. Revocable Trust, and REG Oklahoma Acquisitions, LLC are hereby granted leave to file an Amended Answer in the form attached to Defendants' Motion for Leave to File An Amended Answer as Exhibit B.

BY THE COURT:

_____
Fullam, J.