IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VANGUARD IDENTIFICATION SYSTEMS, INC., <br> Plaintiff, | : <br> : <br> : <br> : | CIVIL ACTION |
| v. | : <br> : | |
| RONNIE E. GOADE, SR. et al., <br> Defendants. | : <br> : | NO.  02-2943 |

### ORDER

_____AND NOW, this _____ day of   July, 2003, it is **ORDERED** that plaintiff's Motion to Strike Objections and Compel the Production of Documents and for Sanctions is **DENIED WITHOUT PREJUDICE**. Plaintiff may file a further motion to compel if defendants fail to fully comply with the Court's instructions of May 27, 2003, directing defendants to provide plaintiff with a copy of the pertinent trust instrument and any other document necessary to discover the identity of the beneficiaries of the trust.

_____
John P. Fullam, Sr. J.