## CERTIFICATE OF SERVICE

I, David J. Perlman, Esquire, hereby certify that I caused a true and correct copy of the foregoing *First Amended Complaint* upon the following counsel via first-class mail:

A. Richard Feldman, Esquire
BAZELON, LESS & FELDMAN, P.C.
1515 Market Street, Suite 700
Philadelphia, PA 19102-1907

Marc Zaken, Esquire
EDWARDS & ANGELL
3 Stamford Plaza
301 Tresser Boulevard
Stamford, CT 06901

Michael McClintock, Esquire
McAfee & Taft, P.C.
10th Floor, Two Leadership Square
211 North Robinson
Oklahoma City, OK 73102-7103

**BOCHETTO & LENTZ, P.C.**

By:_____
David J. Perlman, Esquire

Date:_____