IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VANGUARD IDENTIFICATION SYSTEMS, INC., | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | NO. 02-2943 |
| | : | |
| RONNIE E. GOADE, SR., *et al.*, | : | |
| | : | |
| Defendants. | : | |

**ORDER**

AND NOW, this     day of December, 2003, upon consideration of Defendants' Motion for Stay of the Proceedings and Plaintiff's Response thereto, IT IS ORDERED that Defendants' Motion for Stay of the Proceedings is DENIED.

_____
Fullam, Sr.J.