IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VANGUARD IDENTIFICATION SYSTEMS, INC., | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | NO. 02-2943 |
| | : | |
| RONNIE E. GOADE, SR., *et al.*, | : | |
| | : | |
| Defendants. | : | |

**ORDER**

AND NOW, this       day of December, 2003, upon consideration of Defendants' Motion for the Withdrawal of James C. McMillin of McAfee & Taft, PC, and Plaintiff's Response thereto, IT IS ORDERED that Defendants' Motion is GRANTED, and James C. McMillin is allowed to withdraw as attorney of record for Defendants Ronnie E. Goade, Sr., the Ronnie E. Goade, Sr. Revocable Trust, and REG Oklahoma Acquisitions, LLC.

                                                                                                      _____
                                                                                                      Fullam, Sr.J.