IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VANGUARD IDENTIFICATION SYSTEMS, INC., | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 02-2943 |
| | : | |
| RONNIE E. GOADE, SR., *et al.*, | : | |
| | : | |
| Defendants. | : | |

**ORDER**

AND NOW, this _____ day of December, 2003, upon consideration of Defendants' uncontested Motion for Admission of Marc L. Zaken and John G. Stretton *Pro Hac Vice*, IT IS ORDERED that Defendants' Motion is GRANTED and Marc L. Zaken and John G. Stretton are admitted *pro hac vice* in this action to represent Defendants Ronnie E. Goade, Sr., the Ronnie E. Goade, Sr. Revocable Trust, and REG Oklahoma Acquisitions, LLC.

_____
Fullam, Sr.J.