IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VANGUARD IDENTIFICATION SYSTEMS, INC., | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | NO. 02-2943 |
| | : | |
| RONNIE E. GOADE, SR., *et al.*, | : | |
| | : | |
| Defendants. | : | |

**ORDER**

AND NOW, this         day of December, 2003, in light of the Stipulation and Order of August 5, 2003, IT IS ORDERED that Defendants' Motion for Leave to File an Amended Answer is DENIED as MOOT.

_____
Fullam, Sr.J.