```
                IN THE UNITED STATES DISTRICT COURT

            FOR THE EASTERN DISTRICT OF PENNSYLVANIA


                                    Date of Notice:
VANGUARD IDENTIFICATION        :    April 8, 2004
SYSTEMS, INC.
          vs.                  :

RONNIE E. GOADE, SR.,          :    CIVIL ACTION NO. 02-2943
INDIVIDUALLY AND AS TRUSTEE
FOR THE RONNIE E. GOADE, SR.
REVOCABLE TRUST, ET AL.
```

TAKE NOTICE that the above-captioned matter is scheduled for **JURY TRIAL** in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, PA, before the Honorable John P. Fullam, on September 20, 2004, at 10:00 A.M., in Courtroom No. 15-A.

If trial counsel is on trial or otherwise engaged at the time of the scheduled trial, another attorney in such trial counsel's office should appear.

THE MATTER WILL BE CONTINUED TO ANOTHER DATE ONLY IN EXCEPTIONAL CASES.

Very truly yours,

Rosalind Burton-Hoop
Deputy Clerk to Judge Fullam

```
COPIES BY MAIL ON   4/8/04    TO: David J. Perlman, Esq.     Marc L. Zaken, Esq.
                                   George Bochetto, Esq.      Robert A. Nicholas, Esq.
                                   James C. McMillin, Esq.    A. Richard Feldman, Esq.
                                   Jeffrey W. Ogren, Esq.     Greg A. Rowe, Esq.
                                   John G. Stretton, Esq.
```