## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VANGUARD IDENTIFICATION SYSTEMS, INC., | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | NO. 02-2943 |
| | : | |
| v. | : | |
| | : | |
| RONNIE E. GOADE, SR., et al. | : | |
| | : | |
| Defendants. | : | |
| | : | |

### DEFENDANTS' RULE 26.1(f) CERTIFICATION
### IN SUPPORT OF DEFENDANTS' EXPEDITED MOTION TO COMPEL
### DISCOVERY DEPOSITIONS AND FOR SANCTIONS

Defendants REG Oklahoma Acquisitions, LLC, Ronnie E. Goade, Sr., and The Ronnie E. Goade, Sr. Revocable Trust hereby certify that Defendants' Expedited Motion to Compel Discovery Depositions and for Sanctions was filed only after reasonable efforts to resolve the discovery dispute were undertaken and after it became apparent that the parties would be unable to resolve the dispute absent intervention by the Court.

THE DEFENDANTS
BY ITS ATTORNEYS

Marc L. Zaken (CT 03110)
mzaken@edwardsangell.com
John G. Stretton (CT 19902)
jstretton@edwardsangell.com
EDWARDS & ANGELL, LLP
Three Stamford Plaza
301 Tresser Boulevard
Stamford, CT 06901
Tel: (203) 353-6819
Fax: (888) 325-1667

_177133_1/

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Defendants' Rule 26.1(f) Certification in

Support of Expedited Motion to Compel Discovery Depositions and For Sanctions was sent via

facsimile and first class mail, postage prepaid to counsel for Plaintiff, addressed as follows:

> George Bochetto, Esquire
> David J. Perlman, Esquire
> 1524 Locust Street
> Philadelphia, PA 19102
>
> A. Richard Feldman, Esquire
> Bazelon, Less & Feldman, P.C.
> 1515 Market Street, Suite 700
> Philadelphia, PA 19102

this 17th day of May, 2004.

_____
John G. Stretton

_177133_1/