IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VANGUARD IDENTIFICATION SYSTEMS, INC. | : | CIVIL ACTION |
| v. | : | |
| RONNIE E. GOADE, et al. | : | NO. 02-2943 |

ORDER

      AND NOW, this     day of May 2004, upon consideration of defendants' expedited motion to compel discovery depositions and for sanctions, and plaintiffs' response, IT IS ORDERED:

      1.   All depositions in this case shall be completed on or before August 15, 2004.

      2.   It is not necessary for more than one attorney for each side to appear at a deposition.

      3.   Within 5 days after the date of this order, counsel for the parties shall confer by telephone (not by e-mail) and agree upon dates for all depositions now subject to dispute, and shall thereupon advise the Court that they have resolved their differences over scheduling.

      4.   Unless, within 10 days of the date of this order, the Court is advised that the parties reached agreement on these matters, the Court may impose sanctions upon both counsel, and will consider requiring that all discovery be conducted under the supervision of a Court-appointed discovery master, whose fees would be paid by counsel.

                                                    John P. Fullam, Sr. J.