IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VANGUARD IDENTIFICATION SYSTEMS, INC.**, | : | |
| **Plaintiff,** | : | CIVIL ACTION |
| v. | : | NO. 02-2943 |
| **RONNIE E. GOADE, SR.**, et al, | : | |
| **Defendants.** | : | |

### MOTION FOR LEAVE OF COURT TO FILE A SECOND AMENDED COMPLAINT

Plaintiff Vanguard Identification Systems, Inc. ("Vanguard"), by and through undersigned counsel, Bochetto & Lentz, P.C., respectfully moves this Court to grant it leave to file a Second Amended Complaint in the form of Exhibit "1," attached to Plaintiff's Memorandum of Law.

In support of this motion, Plaintiff incorporates the attached memorandum of law and exhibits as if set forth herein at length.

Respectfully Submitted,

**BOCHETTO & LENTZ, P.C.**

By:_____
George Bochetto, Esquire
David J. Perlman, Esquire
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VANGUARD IDENTIFICATION SYSTEMS, INC.**, | : | |
| | : | |
| **Plaintiff,** | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 02-2943 |
| | : | |
| **RONNIE E. GOADE, SR.**, et al, | : | |
| | : | |
| **Defendants.** | : | |
| _____ | : | |

## ORDER

_____AND NOW, this         day of            , 2004, upon consideration of Plaintiff's Motion for Leave of Court to File a Second Amended Complaint, Defendant's response thereto, if any, and the record as a whole, it is hereby **ORDERED** that Plaintiff's Motion is **GRANTED**.

It is further **ORDERED** that Plaintiff file its Second Amended Complaint, in the form attached to its Motion as Exhibit "1," within five (5) days of the date of this Order.

BY THE COURT:


_____
J.