# Exhibit A

Def. Exh. 20

SERS    7/10/00    5:40:    PAGE 002/7    RightFAX

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

VANGUARD IDENTIFICATION SYSTEMS, INC.,

    Plaintiff,

v.

STIK/STRIP LAMINATING COMPANY, INC.
d/b/a SSI PHOTO I.D. and DOCUSYSTEMS, INC.,

    Defendants.

Civil No. 97-6790 (JPF)

JURY TRIAL DEMANDED

**FILED**
JUL 1 0 2000
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

ENTERED: 7-10-00
CLERK OF COURT

## JUDGMENT

Judgment is hereby entered in favor of Plaintiff Vanguard Identification Systems, Inc. and against Defendants Stik/Strip Laminating Company, Inc. (dba SSI Photo ID and SSI Custom Data Cards) and DocuSystems, Inc., jointly and severally, on Count I of Plaintiff's First Amended Complaint for Willful Patent Infringement in the amount of Two Million Dollars ($2,000,000).

Judgment is further hereby entered in favor of Plaintiff Vanguard Identification Systems, Inc. and against Defendant Stik/Strip Laminating Company, Inc. (dba SSI Photo ID and SSI Custom Data Cards) on Counts I, II and III of the Counterclaim of Defendant Stik/Strip Laminating Company, Inc. (dba SSI Photo ID and SSI Custom Data Cards), and claims 6, 7, 8, 9, 12 and 13 of United States Patent No. 4,978,146 are hereby declared and adjudged valid and enforceable.

July 7, 2000
_____
JOHN P. FULLAM, U.S.D.J.

COPIES BY MAIL ON: 7/10/00
TO: C. Cadding, F. Mato, M. Galio
T. McDonaugh, R. Browne, M. Kelley

COPIES BY FAX ON: 7-10-00

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

VANGUARD IDENTIFICATION SYSTEMS, INC.,

         Plaintiff,

    v.

STIK/STRIP LAMINATING COMPANY, INC.
d/b/a SSI PHOTO I.D. and DOCUSYSTEMS, INC.,

         Defendants.

Civil No. 97-6790 (JPF)

JURY TRIAL DEMANDED

FILED
JUL 10 2000
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

## STIPULATED FINAL ORDER AND PERMANENT INJUNCTION

WHEREAS, this Cause came before the Court on the First Amended Complaint of Plaintiff Vanguard Indentification Systems, Inc. [hereinafter "Vanguard"] against Defendants Stik/Strip Laminating Company, Inc. (d/b/a SSI Photo ID and SSI Custom Data Cards) [hereinafter "SSI"] and DocuSystems, Inc. [hereinafter "DocuSystems"], alleging infringement of United States Patent No. 4,978,146 [hereinafter the "'146 Patent"];

WHEREAS, by Stipulation approved and entered as an Order of this Court on November 3, 1998, SSI admitted infringement of certain claims of the '146 Patent, including claims 6, 7, 8 and 12 by certain products sold by it under the names, inter alia, Single Shopper, Double Shopper and Multi-Shopper;

WHEREAS, Defendants SSI and DocuSystems hereby concede the validity and enforceability of claims 6, 7, 8, 9, 12 and 13 of the '146 Patent;

COPIES BY FAX ON: 7-10-00

ENTERED: 7-10-00
CLERK OF COURT

WHEREAS, Vanguard has represented that it is the owner of the '146 Patent and that no other entity has the right to recover for infringement thereof;

IT IS HEREBY STIPULATED, ORDERED AND ADJUDGED:

1. Judgment shall be entered in favor of Vanguard and against SSI and DocuSystems, jointly and severally, in the amount of $2,000,000, and further declaring the '146 Patent valid and enforceable. The form of Judgment to be entered is attached hereto as Exhibit A.

2. All past and present employees, shareholders, officers and directors of SSI and DocuSystems, with the exception of Ronnie E. Goade, Sr., any relatives of Ronnie E. Goade, Sr. and the Ronnie E. Goade, Sr. Revocable Trust dated August 27, 1987, as amended May 21, 1998, or its beneficiaries, settlers or trustees, shall be released from any and all claims, damages, costs, fees and personal liabilities arising out of or directly relating to any infringement of the '146 Patent by any person or entity which occurred prior to July 6, 2000. This limited release shall not be construed to extend to any other claim including, without limitation, claims for fraudulent transfers or conveyances.

3. SSI and DocuSystems, and their respective officers, directors, principals, agents, affiliates, servants, employees, successors and assigns, or any entity or person acting on their behalf or in concert or in participation with them, are hereby PERMANENTLY ENJOINED from manufacturing, importing, producing, marketing, circulating, distributing, advertising, promoting, displaying, offering for sale or selling any methods or products named, depicted, mentioned or described in the Stipulation and Order of November 3, 1998 (docket no. 36) in this Action, or any other product or method which infringes claims 6, 7, 8, 9, 12 or 13 of the '146 Patent

4. This Court shall retain jurisdiction over this matter to the extent necessary to enforce the terms and conditions of this Order and the terms and conditions of any additional provisions expressly agreed by the Parties.

**AGREED TO:**

AKIN, GUMP, STRAUSS, HAUER & FELD, LLP

By:_____
     Attorneys for Plaintiff

ALTHEIMER & GRAY

By: *[signature]*
     Attorneys for Defendants

**VANGUARD INDENTIFICATION SYSTEMS, INC.**

By:_____

**DOCUSYSTEMS, INC.**

By: *[signature]*

**STIK/STRIP LAMINATING CO., INC.**

By: *[signature]*

**APPROVED AND SO ORDERED:**

_____
JOHN P. FULLAM, U.S.D.J.

{618491.2 - 7/07/00 12:20 PM}

-3-

TOTAL P.05

4. This Court shall retain jurisdiction over this matter to the extent necessary to enforce the terms and conditions of this Order and the terms and conditions of any additional provisions expressly agreed by the Parties.

AGREED TO:

AKIN, GUMP, STRAUSS, HAUER & FELD, LLP

By: _____
    Attorneys for Plaintiff

VANGUARD INDENTIFICATION SYSTEMS, INC.

By: _____
    PRESIDENT

ALTHEIMER & GRAY

By: _____
    Attorneys for Defendants

DOCUSYSTEMS, INC.

By: _____

STIK/STRIP LAMINATING CO., INC.

By: _____

APPROVED AND SO ORDERED:

_____
JOHN P. FULLAM, U.S.D.J.

COPIES BY MAIL ON: 7/10/00
TO: C. Cadding, J. Mato, M. Cookie
T. McDonough, R. Brown
M. Kelley

-3-