IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VANGUARD IDENTIFICATION SYSTEMS, INC.** | : | **CIVIL ACTION NO.** |
| | : | **02-2943** |
| **Plaintiff,** | : | |
| | : | |
| v. | : | |
| | : | |
| **RONNIE E. GOADE, SR.,** *et al.* | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

AND NOW, this _____ day of _____, 2004, upon consideration of Defendants' Motion To Continue Trial Date, it is hereby **ORDERED** that Defendants' Motion is **GRANTED** in its entirety, and the trial of this action shall be continued pending further order of the Court.

**BY THE COURT:**

_____, J.