# **<u>EXHIBIT A</u>**

## BOCHETTO & LENTZ
A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW
1524 LOCUST STREET
PHILADELPHIA, PA 19102

TELEPHONE: (215) 735-3900
TELECOPIER: (215) 735-2455

FIRM E-MAIL ADDRESS:
BL1524@AOL.COM

FIRM WEB SITE:
bochettoandlentz.com

MY PERSONAL E-MAIL ADDRESS:
dperlman@bochettoandlentz.com

GEORGE BOCHETTO†
GAVIN P. LENTZ*
JEFFREY W. OGREN*
STEPHEN E. SKOVRON*
BRYAN R. LENTZ*
CYNTHIA A. CLARK
DAVID P. HEIM*
NOREEN O. O'GRADY††
VINCENT van LAAR*

DAVID J. PERLMAN*
OF COUNSEL

EDUARDO TEXIDOR
KIMBERLY R. ENOCH
RYAN CORCORAN
PARALEGALS

PRACTICE DEDICATED TO LITIGATION MATTERS

NEW JERSEY OFFICE

1230 BRACE ROAD
CHERRY HILL, NEW JERSEY 08034
TELEPHONE NUMBERS
(856) 722-0595
(856) 427-0831
TELECOPIER: (856) 722-5511

†ALSO ADMITTED TO NEW YORK AND DC BARS
*ALSO ADMITTED TO NEW JERSEY BAR
††ALSO ADMITTED TO MASSACHUSETTS BAR

December 16, 2003

**VIA FACSIMILE - (267) 299-7458**
Rosalin D. Burton-Hoop, Deputy Clerk
to Honorable John P. Fullam
UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA
601 Market Street, Room 15614
Philadelphia, PA 19106

Re: *Vanguard Identification Systems, Inc. v. REG Oklahoma Acquisition, LLC*

Dear Ms. Burton-Hoop:

Accompanying this letter are the scheduling forms that the Court asked the parties in the above action to complete.

The parties discussed the form and are in accord with respect to scheduling. They have completed the forms identically, and I am forwarding both of them to you by fax, as the Court requested.

Respectfully,

BOCHETTO & LENTZ, P.C.

By: _____
David J. Perlman

DJP:db
Enclosure
cc: John G. Stretton, Esquire (via facsimile)
    A. Richard Feldman, Esquire (via facsimile)

Please FAX to: 267-299-7458

Jury Trial ___X___
Non-Jury Trial _____

**DO NOT FOLLOW UP WITH A HARD COPY**

Civil Action No. __02-2943__

Caption of Case __Vanguard Identification Systems, Inc. v.__
__Ron E. Goade, Sr., et al.__

Name of Trial Counsel __George Bochetto, Esquire or David J. Perlman, Esquire__

Law Firm __Bochetto & Lentz, P.C.__

Address __1524 Locust Street, Philadelphia, PA 19102__

Telephone No. __215-735-3900__       Fax No. __215-735-2455__

Representing __Plaintiff, Vanguard Identification Systems, Inc.__

1. By what date can discovery be completed?
   __June 30, 2004__
2. The case will be ready for trial on or about __September 20, 2004, considering briefing and ruling on dispositive motions.__ (The Court will use this date as the approximate listing date for trial.)
3. Will an early settlement conference (prior to completion of discovery) be helpful in effecting a settlement of this case?
   Yes __x__  No _____
   If your answer is "Yes", state the appropriate time for such a conference
   __February 2004__
   The Court will not list this case for a pretrial conference unless all parties request it. Parties should make the request in writing (by letter), stating the topic to be discussed.
4. Trial time:
   (a) Estimate of total time to present your case __3-6 days__
   (b) Estimate of total time for the entire trial __7-10 days__
5. In addition to the above, do you have any special comments to make? (If necessary, use reverse side.)
   __See attached sheet.__

Name of counsel preparing form __David J. Perlman, Esquire__

Date __12/15/03__

The parties need additional time for discovery for a number of reasons. Witnesses are in various parts of the country, including Oklahoma City and Chicago, as well as Philadelphia. Defense counsel is located in Stamford, Connecticut. This is a complex case, involving a number of theories and tens of thousands of documents, which must be analyzed. Also, there will be experts who must analyze materials produced in discovery, produce reports, and be deposed.

Please FAX to: 267 299-7458

**DO NOT FOLLOW UP WITH A HARD COPY**

|  |  |
|---|---|
| Jury Trial | X |
| Non-Jury Trial | |

Civil Action No: 02-2943

Caption of Case: Vanguard Identification Systems, Inc. v. Ron E. Goade, Sr., et al.

Name of Trial Counsel: Marc Zaken, Esq. or John Stretton, Esq.

Law Firm: Edwards & Angell LLP

Address: 301 Tresser Blvd., Stamford, CT 06901

Telephone No. 203-353-6819       Fax No. 888-325-1667

Representing: Defendant, Ron E. Goade, Sr., et al.

1. By what date can discovery be completed? June 30, 2004

2. The case will be ready for trial on or about September 20, 2004, considering briefing and ruling on dispositive motions. (The Court will use this date as the approximate listing date for trial.)

3. Will an early settlement conference (prior to completion of discovery) be helpful in effecting a settlement of this case?
   Yes  X   No ___
   If your answer is "Yes", state the appropriate time for such a conference February, 2004
   The Court will not list this case for a pretrial conference unless all parties request it. **Parties should make the request in writing (by letter)**, stating the topic to be discussed.

4. Trial time:
   (a) Estimate of total time to present your case  3-6 days
   (b) Estimate of total time for the entire trial  7-10 days

5. In addition to the above, do you have any special comments to make? (If necessary, use reverse side.)

Name of counsel preparing form  John Stretton, Esq.

Date  12-10-03