IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VANGUARD IDENTIFICATION SYSTEMS, INC. | : | CIVIL ACTION |
| v. | : | |
| RONNIE E. GOADE, SR., et al. | : | NO. 02-02943 |

O R D E R

AND NOW, this      day of September, 2004, IT IS ORDERED:

1. Plaintiff's motion for partial summary judgment is DENIED.

2. Defendant's motion for summary judgment is DENIED.

3. Defendant's motion to continue the trial date is DENIED.

BY THE COURT:

_____
Fullam, Sr. J.