IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| VANGUARD IDENTIFICATION SYSTEMS, INC. | : | Date of Notice: September 13, 2004 |
| vs. | : |  |
| RONNIE E. GOADE, SR., INDIVIDUALLY AND AS TRUSTEE FOR THE RONNIE E. GOADE, SR. REVOCABLE TRUST, ET AL. | : | CIVIL ACTION NO. 02-2943 |

**\*\*RESCHEDULED FROM 10:00 A.M. TO 2:00 P.M.**

TAKE NOTICE that the above-captioned matter is scheduled for **JURY TRIAL** in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, PA, before the Honorable John P. Fullam, on September 20, 2004, at **2:00 P.M.**, in Courtroom No. 15-A.

If trial counsel is on trial or otherwise engaged at the time of the scheduled trial, another attorney in such trial counsel's office should appear.

THE MATTER WILL BE CONTINUED TO ANOTHER DATE ONLY IN EXCEPTIONAL CASES.

Very truly yours,

Rosalind Burton-Hoop
Deputy Clerk to Judge Fullam

COPIES BY MAIL ON   9/13/04    TO: David J. Perlman, Esq.      Marc L. Zaken, Esq.
                                    George Bochetto, Esq.       Robert A. Nicholas, Esq.
                                    James C. McMillin, Esq.     A. Richard Feldman, Esq.
                                    Jeffrey W. Ogren, Esq.      Greg A. Rowe, Esq.
                                    John G. Stretton, Esq.