## BOCHETTO & LENTZ
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
1524 LOCUST STREET
PHILADELPHIA, PA 19102

TELEPHONE: (215) 735-3900
TELECOPIER: (215) 735-2455

FIRM E-MAIL ADDRESS:
dperlman@bochettoandlentz.com

FIRM WEB SITE:
bochettoandlentz.com

GEORGE BOCHETTO†
GAVIN P. LENTZ*
JEFFREY W. OGREN*
STEPHEN E. SKOVRON*
BRYAN R. LENTZ*
CYNTHIA A. CLARK
DAVID P. HEIM*
VINCENT van LAAR*
TODD MCCARVEY*

DAVID J. PERLMAN*
OF COUNSEL

KIMBERLY R. ENOCH
RYAN CORCORAN
TRICIA DESMARAIS
BRIAN R. GILBOY
PARALEGALS

PRACTICE DEDICATED TO LITIGATION MATTERS

NEW JERSEY OFFICE

1230 BRACE ROAD
CHERRY HILL, NEW JERSEY 08034
TELEPHONE NUMBERS:
(856) 722-9595
(856) 427-0631
TELECOPIER: (856) 722-5511

†ALSO ADMITTED TO NEW YORK AND DC BARS
*ALSO ADMITTED TO NEW JERSEY BAR

September 14, 2004

**VIA OVERNIGHT MAIL**
Marc L. Zaken, Esquire
EDWARDS & ANGELL
3 Stamford Plaza
301 Tresser Boulevard
Stamford, CT 06901

Re:   *Vanguard Identification Systems, Inc. v. REG Oklahoma Acquisition, LLC*

Dear Marc:

Enclosed please find Plaintiff's trial exhibits. Additionally, included in Plaintiff's trail exhibits, although not forwarded as part of the enclosed, are the three binders from the transaction of May 29, 1998, Bates Nos. DSI 1324-1823, 5337-5801, and 5851-6349.

Plaintiff's witnesses are Richard O. Warther, Robert W. Kane, Gary A. Rosen, Esquire, Ron E. Goade, Charles A. Codding, Joseph P. Titterington, Carl McSpadden, and Russell Kolins. The latter will authenticate photographs and testify about investigative results.

Very truly yours,

BOCHETTO & LENTZ, P.C.

By: David J. Perlman

DJP:db
Enclosures
cc:   George Bochetto, Esquire