IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **VANGUARD IDENTIFICATION SYSTEMS, INC.** : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> **RONNIE E. GOADE, SR.,** *et al.* : <br> : <br> Defendants. : | CIVIL ACTION NO. <br> 02-2943 |

## ORDER

AND NOW, this _____ day of _____, 2004, upon consideration of Defendant's Motion To Preclude Trial Testimony of Two of Vanguard's Witnesses, Plaintiff's Objection thereto, and the record as a whole, it is hereby **ORDERED** that Defendant's Motion is **GRANTED** in its entirety.

BY THE COURT:

_____, J.