IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VANGUARD IDENTIFICATION SYSTEMS, INC. | : | CIVIL ACTION |
| v. | : | |
| RONNIE E. GOADE, SR., INDIVIDUALLY AND AS TRUSTEE FOR THE RONNIE E. GOADE, SR. REVOCABLE TRUST, ET AL. | : | NO. 02-2943 |

### **O R D E R**

**AND NOW**, this 28th day of September, 2004, it is

**ORDERED** that the Clerk of Court for the Eastern District of Pennsylvania be and he is hereby directed to furnish lunch for eight jurors engaged in the above entitled case.

BY THE COURT:

ATTEST:

_____
Rosalind Burton-Hoop
Deputy Clerk

cc: Fiscal Section (2)

| 9/28/04 | RBH |
|---|---|
| Date | By Whom |

Civ 3 (11/88)