```
                   IN THE UNITED STATES DISTRICT COURT
                 FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| VANGUARD IDENTIFICATION SYSTEMS, INC. | : | CIVIL ACTION |
| v. | : | |
| RONNIE E. GOADE, SR., INDIVIDUALLY AND AS TRUSTEE FOR THE RONNIE E. GOADE, SR. REVOCABLE TRUST, ET AL. | : | NO. 02-2943 |

### O R D E R

AND NOW, this 29th day of September, 2004, in accordance with jury verdict by interrogatories rendered in court on this day,

IT IS ORDERED that Judgment be and the same is hereby entered in favor of DEFENDANTS RONNIE E. GOADE, SR., INDIVIDUALLY AND AS TRUSTEE FOR THE RONNIE E. GOADE, SR. REVOCABLE TRUST, THE RONNIE E. GOADE, SR. REVOCABLE TRUST, REG OKLAHOMA ACQUISITION, LLC, SUSAN M. GOADE and against PLAINTIFF VANGUARD IDENTIFICATION SYSTEMS, INC.

BY THE COURT:

ATTEST:
           Rosalind Burton-Hoop
           Deputy Clerk

COPIES BY MAIL ON  9/29/04  TO:  David J. Perlman, Esq.
                                      George Bochetto, Esq.
                                      Greg A. Rowe, Esq.
                                      Jeffrey W. Ogren, Esq.
                                      John G. Stretton, Esq.
                                      Marc L. Zaken, Esq.
                                      A. Richard Feldman, Esq.
                                      William E. Lohnes, Esq.

Civ 1 (8/80)