# Exhibit H

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

- - -

| | |
|---|---|
| VANGUARD IDENTIFICATION SYSTEMS, INC. | : CIVIL ACTION NO. 02-2943 |
| v. | : Philadelphia, Pennsylvania<br>: September 28, 2004 |
| RONNIE E. GOADE, SR., Individually and as Trustee for the Ronnie E. Goade, Sr. Revocable Trust, et al | : 1:55 o'clock p.m. |

JURY TRIAL
BEFORE THE HONORABLE JOHN P. FULLAM
UNITED STATES DISTRICT COURT JUDGE

- - -

APPEARANCES:

For the Plaintiffs:   GEORGE BOCHETTO, ESQUIRE
                      Bocchetto & Lentz, PC
                      1524 Locust Street
                      Philadelphia, PA 19102

For the Defendants:   MARC L. ZAKEN, ESQUIRE
                      Edwards & Angell, LLP
                      Three Stanford Plaza, Suite 1310
                      Stanford, CT 06901

- - -

Audio Operator:    John Stasny

Transcribed by:    Grace Williams, CET

(Proceedings recorded by For The Record Gold digital sound recording; transcript provided by AAERT-certified transcribers.)



**Laws Transcription Service**
48 W. La Crosse Avenue
Lansdowne, PA 19050
(610) 623-4178

## CERTIFICATION

I hereby certify that the foregoing is a correct transcript from the electronic sound recording of the proceedings in the above-entitled matter.

_Geraldine C. Laws_       10/20/04

Geraldine C. Laws, CET                                    Date
Laws Transcription Service

1   pay off the patent judgment in any event, because they had
2   already been foreclosed on by the bank.
3           So that, to answer you specific question, if you
4   find that REG purchased the assets in order to enable SSI and
5   DocuSystems to escape liability?  That need not be the only
6   reason, but it should be significant reason.  On the other
7   hand, I might comment that the question is not whether in
8   purchasing the assets as distinguished from the corporation,
9   in purchasing the assets it was Mr. Goade's understanding
10  that he would -- that liability would not attach to those
11  assets.  That's not the question which is asked.
12          Have I gotten you thoroughly confused?  In short, it
13  only has -- pay attention to the way the question is worded.
14  If you conclude that at the foreclosure sale, REG purchased
15  the assets, believing that it was necessary to make it
16  difficult for Vanguard to collect on its patent judgement
17  from those assets.  If that's what you find, then you can so
18  find.  But under the evidence, as I recall it, it would be
19  rather difficult to reach that conclusion.
20          Having now confused everybody, I will submit the
21  case to you for further --
22          MR. BOCHETTO:  Your Honor?
23          THE COURT:  Yes?
24          MR. BOCHETTO:  I believe you were going to issue a
25  cautionary on the first question?