IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **VANGUARD IDENTIFICATION SYSTEMS, INC.** | : CIVIL ACTION NO. |
| | : 02-2943 |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| **RONNIE E. GOADE, SR.,** *et al.* | : |
| | : |
| Defendants. | : |

## ORDER

AND NOW, this _____ day of _____, 2004, upon consideration of Plaintiff's Motion for Judgment as a Matter of Law Pursuant to Fed. R. Civ. P. 50(b), or in the Alternative, For a New Trial Pursuant to Fed. R. Civ. P. 59, it is hereby **ORDERED** that Plaintiff's Motion is **DENIED** in its entirety.

BY THE COURT:

_____, J.