IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VANGUARD IDENTIFICATION SYSTEMS, INC. | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | |
|     v. | : | |
| | : | |
| RONNIE E. GOADE, SR., et al. | : | NO. 02-2943 |
|     Defendants. | : | |

**O R D E R**

AND NOW, this      day of January, 2005, IT is hereby ORDERED that the motion to exclude the trial testimony of two of Vanguard's witnesses is dismissed as moot. The motion was addressed during the course of trial.

BY THE COURT:

_____
Fullam, Sr. J.