# EXHIBIT A





15460

**James DeCrescenzo Reporting, LLC**
1700 Sansom Street 5th Floor
Philadelphia, PA 19103
Phone: 215.564.3905
Fax: 215.751.0581



MARC I. ZAKEN, ESQUIRE
EDWARDS & ANGELL, LLP
301 TRESSER BOULEVARD
THREE STAMFORD PLAZA
STAMFORD, CT 06901

**Invoice #72083**

| Date | Terms |
|---|---|
| 07/06/2004 | Due Upon Receipt |

| Assignment | Case | File | Shipped | Shipped Via |
|---|---|---|---|---|
| 06/15/2004 | VANGUARD IDENTIFICATION vs. GOADE, RONN... | 3384 | 07/02/2004 | UPS |

| Description | Amount |
|---|---|
| Original Transcript DEPOSITION of RICHARD O. WARTHER   TRANSCRIPT O & 1 | $ 835.45 |
| | $ 835.45 |
| Original Transcript DEPOSITION of ROBERT W. KANE   TRANSCRIPT O & 1 | $ 946.25 |
| | $ 946.25 |

Office Charges: G/L # 49975.0001
Incurring Employee ID # 2518 M. Zaken
Office: (Circle One)
PRV  BOS  HFD  NJ  NY  WPB  FTL  **STM**
Office Overhead:      OFUN   FMUN
    OR
Practice Group:
Approved by: _____ Date: 7/13/04
  Approval: _____ Date: _____

| | |
|---|---|
| Amount Due: | $ 1,781.70 |
| Paid: | $ 0.00 |
| **Balance Due:** | **$ 1,781.70** |
| **Payment Due By:** | **08/05/2004** |

TAX ID NUMBER 23-2260771

49975.
0001

**James DeCrescenzo Reporting, LLC**
1700 Sansom Street 5th Floor
Philadelphia, PA 19103
Phone: 215.564.3905
Fax: 215.751.0581



MARC I. ZAKEN, ESQUIRE
EDWARDS & ANGELL, LLP
301 TRESSER BOULEVARD
THREE STAMFORD PLAZA
STAMFORD, CT 06901

## Invoice #72083

| Date | Terms |
|---|---|
| 07/06/2004 | Due Upon Receipt |

| Assignment | Case | File | Shipped | Shipped Via |
|---|---|---|---|---|
| 06/15/2004 | VANGUARD IDENTIFICATION vs. GOADE, RONN... | 3384 | 07/02/2004 | UPS |

| Description | Amount |
|---|---|
| **Original Transcript DEPOSITION of RICHARD O. WARTHER**  TRANSCRIPT O & 1 | $ 835.45 |
| | $ 835.45 |
| **Original Transcript DEPOSITION of ROBERT W. KANE**  TRANSCRIPT O & 1 | $ 946.25 |
| | $ 946.25 |

Office Charges: G/L # 49975.0001
Incurring Employee ID # 2518  M. Zaken

Office: (Circle One)

PRV  BOS  HFD  NJ  NY  WPB  **FTL**  STM
Office Overhead:   OFUN   FMUN
OR
Practice Group:
Approved by: _____ Date: 7/13/04
Staff Approval: _____ Date: _____

TAX ID NUMBER 23-2260771

| | |
|---|---|
| Amount Due: | $ 1,781.70 |
| Paid: | $ 0.00 |
| **Balance Due** | $ 1,781.70 |
| **Payment Due By** | 08/05/2004 |

49975.
0001