# **EXHIBIT B**





# Edwards & Angell LLP

Three Stamford Plaza  301 Tesser Boulevard  Stamford, CT 06901

Fleet
52-36/112

| | |
|---|---|
| CHECK DATE | CHECK NO. |
| June 24, 2004 | 951411 |

No. 951411

CHECK AMOUNT

***NINE HUNDRED NINETY-THREE AND 45/100 DOLLARS***

$***993.45

Stamford Main Account
Two Signatures Required For Amounts Exceeding $2000.00
VOID IF 180 DAYS OR OLDER

PAY TO ORDER OF

Cunningham Group, Inc.
23 Redding Road; Ste 7-1st Floor
Georgetown, CT  06829

⑈"951411"  ⑆011200365⑆ 93550  27633⑈"

---

# Edwards & Angell LLP

Stamford Main Account

NUMBER  951411

20337       Cunningham Group, Inc.

| Invoice No. | Invoice Date | Description | Invoice Amount | Discount | Payment Amount |
|---|---|---|---|---|---|
| 9845 | 6/19/2004 | | $993.45 | $0.00 | $993.45 |
| | | | | Check Total | 993.45 |

951411

# CUNNINGHAM SERVICES®

Legal & Corporate Support Since 1960

5 River Road
#333
Wilton, CT 06897-4097

**INVOICE**

| DATE | INVOICE # |
|---|---|
| 6/19/2004 | 9845 |

2033)
49975-0001
248
Waken

**BILL TO:**
Edwards & Angell, LLP
Marc L. Zaken, Esq.
Three Stamford Plaza
301 Tresser Boulevard
Stamford, CT 06901

EMPLOYER I.D. NO.
06-1388108
800-842-4486 tel.
800-600-2216 fax
info@cunninghamservices.com
www.cunninghamservices.com

**TERMS**
Upon Receipt

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Certified Original and One Certified Copy of Verbatim Transcription of Deposition of Hugh Wilder - 6/10/04 - in Re: Vanguard Identification Systems, Inc. v Ronnic E. Goade, Sr. et al (Original sent to Attorney Levy for Read & Sign) | 174 | 4.25 | 739.50T |
| Appearance Fee | | 125.00 | 125.00T |
| Jurat Preparation & Issuance | | 25.00 | 25.00T |
| Administration Fee | | 10.75 | 10.75T |
| Exhibit Handling Fee | | 5.50 | 5.50T |
| Processing, Archiving, Shipping & Handling | | 31.47 | 31.47T |
| Sales Tax | | 6.00% | 56.23 |

Finance Charge of 1.5% month (18% per annum) will be charged on all accounts past due.

**TOTAL** $993.45

Hartford • Stamford • New York • Los Angeles • San Francisco • Washington D.C.
Chicago • Irvine • Boston • Miami • Atlanta • Seattle • Denver • Dallas
Houston • Philadelphia • Newark • Detroit •




## CUNNINGHAM SERVICES®

Legal & Corporate Support Since 1960 • 1-800-842-4486 • 1-800-600-2216 fax

TAX ID # 06-1388108     Subpoenas • Depositions • Videography

**To:** Marc L. Zaken     **From:** Production Department
Cunningham Services
**Fax:** 203-975-7180     5 River Road
#333
Wilton, CT 06897-4097

**Date:** 6/22/04     **# of pages:** 3

**Case:** Vanguard v Goade
**Deponent:** Hugh Wilder
**Date of Deposition:** 6/10/04

We are happy to provide advanced notice that your requested transcript(s) are ready and will arrive in your office by FedEx COD on Thursday June 24, 2004.

Kindly prepare a check payable to Cunningham Services in the amount of $993.45 and remit to the address above.

Thank you in advance.

Atlanta • Baltimore • Boston • Chicago • Cleveland • Dallas • Delaware • Denver • Detroit • Hartford
Hong Kong • Houston • Irvine • Kansas City • Las Vegas • Los Angeles • London England
Miami • Newark • New York • Orlando • Paris France • Philadelphia • Phoenix • San Diego
San Francisco • Seattle • Stamford • Tampa • Washington D.C.

www.cunninghamservices.com