**EXHIBIT C**

22112

7/6/04



**Affinity VideoNet, Inc.**
Seven Desoto Road
Essex, MA  01929
USA

Invoice #:  02406060

Date:  6/16/04

Karen Chapman
**Edwards & Angell LLP**
301 Tresser Blvd
Stamford, CT 06901

49975-0001

| Description | | | Amount |
|---|---|---|---|
| Videoconference   June 10, 2004 | Stamford & San Francisco | | |
| Room use:  4 hours @ $215/hour | | | $860.00 |
| 4 hours @ $200/hour | | | $800.00 |
| Network:  3 hours @ $90/hour | | | $270.00 |
| Scheduling fee | | | $50.00 |

Reservation #AVN-15578

Office Charges: G/L #  49975-0001
Incurring Employee ID #  2518 M. Zaken

Office: (Circle One)
PRV   BOS   HFD   NJ   NY   WPB   FTL   **STM**
Office Overhead:      OFUN   FMUN
OR
Practice Group:
Approved by: _____  Date: 6/29/04

Add'l Approval: _____  Date: _____

Your Order #:

Total Amount:       $1,980.00
Amount Applied:        $0.00
Balance Due:       $1,980.00

PAYABLE UPON RECEIPT IN US DOLLARS
(by check drawn on US bank payable to Affinity VideoNet  or  by bank transfer - see below)

## THANK YOU FOR CHOOSING AFFINITY VIDEONET!

**Reservations & Information:**
Tel  978 768-7480
Fax  978 768-7474

**Billing inquiries:**
Tel  978 768-3236
Fax  978 768-2574

**Federal Tax ID #04-3215925**

**Direct Bank Payments:**
Fleet Bank
Account # 941 8558 168

*Wire Transfers:*
37 Enon St   Beverly, MA 01915
ABA/Routing 011500010
Int'l SWIFT Code FNBBUS33

*ACH Electronic Processing:*
99 Founders Pl   E Hartford, CT 06108
ABA/Routing 011000138