## EXHIBIT D





**PAID Teller # 33**

**AUG 1 1 2004**

**IPSWICH CO-OPERATIVE BANK**
**ABA211370082**

