**EXHIBIT E**

55189    7/20/04

22192

ke your checks payable to:



# Invoice

**onSite media**
Legal Video Services

1036 Glacier Avenue
Pacifica, CA 94044
(415) 533-3149 Tel
(650) 745-3500 Fax

Balances past 30 days are subject to a 1.5% per month finance charge.

| Invoice | Date |
|---|---|
| 1469 | 6/20/2004 |

| Due Date |
|---|
| 6/20/2004 |

| **Bill to** |
|---|
| Marc L. Zaken |
| Edwards & Angell, LLP |
| Three Stamford Plaza |
| 301 Tresser Boulevard |
| Stamford, CT 06901 |

| Court Reporting Co. | Cunningham |
|---|---|
| **Videographer** | Jason Butko |

| Date | Description | Hrs/Qty | Rate | Amount |
|---|---|---|---|---|
| 6/10/2004 | Deposition of Hugh Wilder<br>Vanguard Identification Systems v. Goade Sr.<br>44 Montgomery, SF<br><br>8:00AM - 12:15PM | 4.25 | 85.00 | 361.25 |
| | Parking | 1 | 28.00 | 28.00 |
| | E-MAILED PRICE LIST<br>DVD Copies (charged per tape) Second tape 1/2 price | 1.5 | 45.00 | 67.50 |
| | Shipping Fedex | 1 | 25.00 | 25.00 |

Office Charges: G/L # __49975.0001__
Incurring Employee ID # __2578 M.Zaken__

Office: (Circle One)
PRV  BOS  HFD  NJ  NY  WPB  FTL  STM
Office Overhead:    OFUN   FMUN
       OR
Practice Group:
Approved by _____ Date: 7/12/04
                         Date: _____

Taxpayer ID 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

**Total**   $481.75

*handwritten annotations: "20144", "wrong vendor", "57356", "10/05/04", "2142"*

Please make your checks payable to:

# Invoice

**onSite media**
Legal Video Services

Balances past 30 days are subject to a
1.5% per month finance charge.

1036 Glacier Avenue
Pacifica, CA 94044
(415) 533-3149 Tel
(650) 745-3500 Fax

| Date | Invoice |
|---|---|
| 9/13/2004 | 1514 |

| Due Date | Terms |
|---|---|
| 10/13/2004 | Net 30 |

**Bill to**

Marc L. Zaken
Edwards & Angell, LLP
Three Stamford Plaza
301 Tresser Boulevard
Stamford, CT 06901

| Videographer | Court Reporting Co. |
|---|---|
| Jason Butko | |

| Date | Deponent | Case | Media | Qty | Rate | Amount |
|---|---|---|---|---|---|---|
| 6/10/2004 | Hugh Wilder | Vanguard ID sys v. Goade, Sr. | VHS | 1.5 | 35.00 | 52.50 |
| | | | FedEx Shipping | | 25.00 | ~~25.00~~ |

*handwritten: "used client's FedEx #"*

Office Charges: G/L # __49975.0001__
Incurring Employee ID # __2518 M. Zaken__
Office: (Circle One)
PRV  BOS  HFD  NJ  NY  WPB  FTL  STM
Office Overhead:         OFUN  FMUN
OR
Practice Group:
Approved by: _____ Date: 7/26/04
Add'l Approval: _____ Date: _____

**Total**   #52.50  ~~$77.50~~





PAY TO THE ORDER OF
UNION BANK OF CALIFORNIA
SAN FRANCISCO, CA 94115-3603
▶121000497◀
FOR DEPOSIT ONLY
ON-SITE MEDIA
1040017816



