**EXHIBIT F**

# Edwards & Angell LLP

Three Stamford Plaza  301 Tesser Boulevard  Stamford, CT 06901

Fleet  www.fleet.com
52-36/112

No. 951422

CHECK DATE: July 1, 2004
CHECK NO.: 951422

CHECK AMOUNT: $***1,001.61

***ONE THOUSAND ONE AND 61/100 DOLLARS***

PAY TO ORDER OF:
Victoria Court Reporting Service, Inc
29 S LaSalle Street
Chicago, IL 60603-1502

Stamford Main Account
Two Signatures Required For Amounts Exceeding $2000.00
VOID IF 180 DAYS OR OLDER

⑆951422⑆ ⑈011200365⑈93550 27633⑆

---

# Edwards & Angell LLP

Stamford Main Account

NUMBER: 951422

17837    Victoria Court Reporting Service, Inc

| Invoice No. | Invoice Date | Description | Invoice Amount | Discount | Payment Amount |
|---|---|---|---|---|---|
| 49975.0001 | 6/24/2004 | for deposition, original, e-transcript, exhibits bound with transcript, disk, quad print minuscript paid to Victoria Court Reporting Services, Inc./M. Zaken | $1,001.61 | $0.00 | $1,001.61 |

951422

REORDER FROM YOUR LOCAL SAFEGUARD DISTRIBUTOR, CALL: (401) 739-9696

8/03  00A6-00  L03SF015226M

# SALES ORDER FORM

*STANDING ORDER FOR THIS CASE?* _____   ATTORNEY INITIALS: _____

ORDERED BY: Marc L. Zaken                           REPRESENTING: _____

CASE NAME: Vanguard vs Goade           DATE OF PROCEEDING: 6/21/04   TIME: _____ A.M./P.M.
*ATTACH FULL CAPTION AND SERVICE LIST*

TYPE OF PROCEEDING: ___ HEARING ___ TRIAL  X  DEPOSITION ___ OTHER _____
CHECK ONE                                                              *PLEASE SPECIFY*

WITNESS: Joseph Kacergis & John Riddle           LOCATION: _____

## TRANSCRIPTS
### *DELIVERY DATE AFFECTS PRICE PER PAGE!*

X ORIGINAL     COPY: ___     PLEASE SPECIFY DELIVERY TERMS BELOW:

___ REGULAR .................. 2 WEEK DELIVERY
 X  ONE WEEK ................. 5 - 7 BUS DAYS
___ ........................... 4 BUS DAYS
___ ........................... 3 BUS DAYS
___ ........................... 2 BUS DAYS
___ ........................... 24 HOUR DELIVERY
___ ........................... SOON AS POSSIBLE

### REAL-TIME SERVICES
___ INITIAL INTERACTIVE REAL TIME HOOKUP
     PLAINT/DEFEND
___ ADDITIONAL HOOKUP(S)
___ DRAFT ASCII / No computer hookup
___ Internet Hook-up (Atty. responsible
     for phone time.)

### E-MAIL
___ ASCII         X E-transcript      ___ Word Perfect
___ MS Word       ___ AMICUS          ___ Summation

### EXHIBITS
*PLEASE SPECIFY:*
___ LOOSE              ___ BOUND
 X  BOUND WITH         ___ SCAN TO DISK
    TRANSCRIPT         ___ Coding

### DISKS
___ ASCII            ___ AMICUS
___ MS Word          ___ WordPerfect
 X  E-Transcript     ___ Summation

### ADDITIONAL SERVICES
___ COMPUTER RENTAL
___ VIDEO SYNCHRONIZING
___ DIGITAL FINGERPRINTING
___ IMAGING/OCR SCANNING
___ VIDEO CONFERENCING
___ CONFERENCE ROOM
___ VIDEOGRAPHY

### MINUSCRIPT™
*PLEASE SPECIFY FORMAT:*
 X  QUAD PRINT        ___ DUAL COLUMN
___ SIX-SECTOR        ___ MEMO STYLE
___ Alpha Word Index  ___ Master Word Index

## PURCHASE AGREEMENT & CREDIT TERMS

**TRANSCRIPT WILL NOT BE DELIVERED IF THIS AGREEMENT IS NOT SIGNED**
EXECUTION OF THIS ORDER HEREBY STIPULATES THAT:

Transcripts requested for delivery sooner than Regular Delivery will be proportionately more expensive (please refer to current rate schedule). Under no circumstances will Victoria Court Reporting Services, Inc., its employees or agents, further expedite delivery for another party, without express written consent of the client ordering the originals. Diskettes ordered without an original transcript or copy will be billed the cost of transcription as well as the cost of conversion, if any.

I HAVE ORDERED an original or copy(ies) of the transcribed proceedings as identified by the details on the face of this document, supplied by myself, my firm, or its authorized agents, for delivery according to the schedule as indicated therein. Unless otherwise stipulated, this constitutes a standing order beginning with the commencement and running through the termination of the proceedings indicated. I agree to pay the costs of transcription (including any diskettes or other litigation support chosen on the face of this document) at the rates in effect at the time of this order. Accounts/invoices past due more than 60 days shall bear interest at 1.5 percent per month (1.5% mo./18% annum). I, MY FIRM (IF ANY), AND MY CLIENT SHALL EACH BE JOINTLY AND SEPARATELY RESPONSIBLE FOR PAYMENT OF THE OBLIGATION HEREUNDER INCURRED, INCLUDING ANY REASONABLE ATTORNEYS FEES REQUIRED TO ENFORCE SAID OBLIGATION.

AUTHORIZED SIGNATURE: _Zaken/ke_          DATE: 6/28/04

*PLEASE PRINT CLEARLY OR STAPLE BUSINESS CARD BELOW*

ATTY. NAME:  Marc L. Zaken
FIRM:        Edwards & Agell
ADDRESS:     301 Tresser Blvd.
             Stamford, CN 06901
TELEPHONE:   (203) 353-6819
E-Mail address:

FAX:
Please fax back to VCRS 312/443-1029



# FAX TRANSMITTAL MEMO

DATE: June 24, 2004

NO. OF PAGES: 2 (Including this page)

TO: Marc L. Zaken

COMPANY: Edwards & Angell, LLP

TELEPHONE: 203-353-6819

FAX: 203-975-7180 / 888-325-1667

## VICTORIA COURT REPORTING SERVICES, INC.

FAX: **312-443-1029**

VOICE: **312-443-1025**

COMMENTS:

    Please complete and sign the attached Sales Order Form to confirm your transcript request. Delivery of the transcript will begin upon our receipt of the signed document.

    If I may be of any further assistance, please feel free to call me directly. Thank you for your valued patronage.

# SALES ORDER FORM

STANDING ORDER FOR THIS CASE? ____ ATTORNEY INITIALS: ____

ORDERED BY: Marc L. Zaken       REPRESENTING:

CASE NAME: Vanguard vs Goade     DATE OF PROCEEDING: 6/21/04   TIME: ____ A.M./P.M.
*ATTACH FULL CAPTION AND SERVICE LIST*

TYPE OF PROCEEDING: ___ HEARING ___ TRIAL ___ DEPOSITION ___ OTHER _____
CHECK ONE                                                     PLEASE SPECIFY

WITNESS: Joseph Kacergis & John Riddle    LOCATION: _____

## TRANSCRIPTS
### *DELIVERY DATE AFFECTS PRICE PER PAGE!*

___ ORIGINAL   COPY: ____   PLEASE SPECIFY DELIVERY TERMS BELOW:

___ REGULAR ..................2 WEEK DELIVERY
___ ONE WEEK..................5 - 7 BUS DAYS
___ ...............................4 BUS DAYS
___ ...............................3 BUS DAYS
___ ...............................2 BUS DAYS
___ ...............................24 HOUR DELIVERY
___ ...............................SOON AS POSSIBLE

### REAL-TIME SERVICES
___ INITIAL INTERACTIVE REAL TIME HOOKUP PLAINT/DEFEND
___ ADDITIONAL HOOKUP(S)
___ DRAFT ASCII / No computer hookup
___ Internet Hook-up(Atty. responsible for phone time.)

### E-MAIL
___ ASCII   ___ E-transcript   ___ Word Perfect
___ MS Word  ___ AMICUS        ___ Summation

### EXHIBITS
*PLEASE SPECIFY:*
___ LOOSE            ___ BOUND
___ BOUND WITH       ___ SCAN TO DISK
    TRANSCRIPT       ___ Coding

### DISKS
___ ASCII      ___ AMICUS
___ MS Word    ___ WordPerfect
___ E-Transcript ___ Summation

### ADDITIONAL SERVICES
___ COMPUTER RENTAL
___ VIDEO SYNCHRONIZING
___ DIGITAL FINGERPRINTING
___ IMAGING/OCR SCANNING
___ VIDEO CONFERENCING
___ CONFERENCE ROOM
___ VIDEOGRAPHY

### MINUSCRIPT™
*PLEASE SPECIFY FORMAT:*
___ QUAD PRINT      ___ DUAL COLUMN
___ SIX-SECTOR      ___ MEMO STYLE
___ Alpha Word Index ___ Master Word Index

## PURCHASE AGREEMENT & CREDIT TERMS

TRANSCRIPT WILL NOT BE DELIVERED IF THIS AGREEMENT IS NOT SIGNED
EXECUTION OF THIS ORDER HEREBY STIPULATES THAT:

Transcripts requested for delivery sooner than Regular Delivery will be proportionately more expensive (please refer to current rate schedule). Under no circumstances will Victoria Court Reporting Services, Inc., its employees or agents, further expedite delivery for another party, without express written consent of the client ordering the originals. Diskettes ordered without an original transcript or copy will be billed the cost of transcription as well as the cost of conversion. If any,
I HAVE ORDERED an original or copy(ies) of the transcribed proceedings as identified by the details on the face of this document supplied by myself, my firm, or its authorized agents, for delivery according to the schedule as indicated therein. Unless otherwise stipulated, this constitutes a standing order beginning with the commencement and running through the termination of the proceedings indicated. I agree to pay the costs of transcription (including any diskettes and/or other litigation support chosen on the face of this document) at the rates in effect at the time of this order. Accounts/invoices past due more than 60 days shall bear interest at 1.5 percent per month (1.5% mo./18% annum). I, MY FIRM (IF ANY), AND MY CLIENT SHALL EACH BE JOINTLY AND SEVERALLY RESPONSIBLE FOR PAYMENT OF THE OBLIGATION HEREUNDER INCURRED, INCLUDING ANY REASONABLE ATTORNEYS FEES REQUIRED TO ENFORCE SAID OBLIGATION.

AUTHORIZED
SIGNATURE: _____  DATE: _____

PLEASE PRINT CLEARLY OR STAPLE BUSINESS CARD BELOW

ATTY. NAME: Marc L. Zaken
FIRM: Edwards & Agell
ADDRESS: 301 Tresser Blvd.
         Stamford, CN 06901
TELEPHONE: (203) 353-6819
E-Mail address: _____

FAX:
Please fax back to VCRS 312/443-1029

C:\wpdox\office\forms\forms\Sales Order Form                    Revised April 23, 2001 All Previous Revisions Obsolete



# FAX TRANSMITTAL MEMO

| | |
|---|---|
| DATE: | June 24, 2004 |
| NO. OF PAGES: | 2 (Including this page) |
| TO: | Marc L. Zaken |
| COMPANY: | Edwards & Angell, LLP |
| TELEPHONE: | 203-353-6819 |
| FAX: | 203-975-7180 / 888-325-1667 |

**VICTORIA COURT REPORTING SERVICES, INC.**

| | |
|---|---|
| FAX: | **312-443-1029** |
| VOICE: | **312-443-1025** |

COMMENTS:

Please complete and sign the attached Sales Order Form to confirm your transcript request. Delivery of the transcript will begin upon our receipt of the signed document.

If I may be of any further assistance, please feel free to call me directly. Thank you for your valued patronage.

49975
0001

1047.36
− 45.75
1001.61




