**EXHIBIT G**

22112    55189  7/20/04



**Affinity VideoNet, Inc.**
Seven Desoto Road
Essex, MA  01929
USA

49975
0001

Karen Chapman
**Edwards & Angell LLP**
**301 Tresser Blvd**
**Stamford, CT 06901**

| Description | | Amount |
|---|---|---|
| Videoconference   June 21, 2004 | Chicago & Stamford | |
| Room use: 5 hours @ $200/hour | | $1,000.00 |
|           5 hours @ $215/hour | | $1,075.00 |
| Network: 4 hours @ $90/hour | | $360.00 |
| Scheduling fee | | $50.00 |
|         charges reduced | | ($415.00) |

Reservation #AVN-15988

Office Charges: G/L # __49975.0001__
Incurring Employee ID # __2578 M. Zahn__

Office: (Circle One)
PRV  BOS  HFD  NJ  NY  WPB  **FTL**  **STM**
Office Overhead:       OFUN    FMUN
        OR
Practice Group
Approved by: _____ Date: 7/12/04
Add'l Approval: _____ Date: _____

Your Order #:

| | | |
|---|---|---|
| | Total Amount: | $2,070.00 |
| | Amount Applied: | $0.00 |
| | Balance Due: | $2,070.00 |

**PAYABLE UPON RECEIPT IN US DOLLARS**
(by check drawn on US bank payable to Affinity VideoNet  or  by bank transfer - see below)

## THANK YOU FOR CHOOSING AFFINITY VIDEONET!

**Reservations & Information:**
 Tel  978 768-7480
 Fax  978 768-7474

**Billing inquiries:**
 Tel  978 768-3236
 Fax  978 768-2574

**Federal Tax ID #04-3215925**

**Direct Bank Payments:**
 Fleet Bank
 Account # 941 8558 168

 *Wire Transfers:*
 37 Enon St   Beverly, MA 01915
 ABA/Routing 011500010
 Int'l SWIFT Code FNBBUS33

 *ACH Electronic Processing:*
 99 Founders Pl   E Hartford, CT 06108
 ABA/Routing 011000138