**EXHIBIT H**


# Legal Video
Services, Inc.

# Invoice

| Date | Invoice # |
|---|---|
| 9/14/2004 | 240936 |

205 W. Randolph, Suite 1150
Chicago, Illinois 60606

| Bill To |
|---|
| Edwards & Angell, LLP<br>Mark Zanken<br>3 Strandford Plaza<br>301 Tresser Blvd.<br>Stamford, CT 06901 |

| Case | Terms | Tape Archival |
|---|---|---|
| Vanguard v. Goade | Net 30 | LVS |

| Description | Amount |
|---|---|
| Video Tape Copies: 1 set of 3 VHS Tapes (Depositions of John Riddle & Joe Kascergis) | 165.00 |

Office Charges: G/L # __49975.0001__
Incurring Employee ID # __2518 M. Zaken__
Office: (Circle One)
PRV  BOS  HFD  NJ  NY  WPB  FTL  STM
Office Overhead:   OFUN  FMUN
OR
Practice Group
Approved by _____ Date: 9/20/04
Add'l Approval: _____ Date: _____

| | Total | $165.00 |
|---|---|---|
| Thank you. | | |

Terms: Net Upon Receipt. 1.5% will be added to all open balances on the 31st day after the invoice date.
Thank you for choosing Legal Video Services, Inc. If you have any questions, please call 312-551-0595.

October 5, 2004                    156713

\*\*\*ONE HUNDRED SIXTY-FIVE AND 00/100 DOLLARS\*\*\*                    $\*\*\*165.00

Legal Video Services, Inc.
205 W Randolph, Suite 1150
Chicago, IL  60606

156713

19392          Legal Video Services, Inc.

| Invoice No. | Invoice Date | Description | Invoice | Discount | Payment |
|---|---|---|---|---|---|
| 240936 | 9/14/2004 | | $165.00 | $0.00 | $165.00 |