# EXHIBIT I

03/30/2004 23:09   2155639882                     FIRST SERVICES LTD                     PAGE  02

**First Services, Ltd.**
Court Reporting • Video Conferencing

1601 Market Street . Suite 2250 . Philadelphia, PA 19130
215.563.9880 . fax 215.563.9882

26693

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 50488 | 03/23/2004 | 01-6460 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 03/03/2004 | WALKJE | |

CASE CAPTION

Vanguard vs. Goade, et al.

TERMS

Net 30, 1.5% Monthly

Marc L. Zaken
Edwards & Angell, LLP
3 Stanford Plaza
301 Tresser Boulevard
Stanford, CT 06901

| | | |
|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | |
| Charles A. Codding | 83 Pages | 207.50 |
| EXHIBITS | 22 Pages | 5.50 |
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | |
| Joseph P. Titterington | 67 Pages | 167.50 |
| EXHIBITS | 5 Pages | 1.25 |
| Postage | | 5.25 |

TOTAL DUE >>>>   387.00

Office Charges: G/L # 49975-0001
Incurring Employee ID # 2578 M Zaken

Office: (Circle One)
PRV  BOS  HFD  NJ  NY  WPB  FTL  STM
Office Overhead:   OFUN   FMUN
OR
Practice Group: _____
Approved by: _____ Date: _____
Add'l Approval: _____ Date: _____

TAX ID NO.: 23-3024782                              (203) 353-6819

*Please detach bottom portion and return with payment.*

NON-TAXABLE

Marc L. Zaken
Edwards & Angell, LLP
3 Stanford Plaza
301 Tresser Boulevard
Stanford, CT 06901

Invoice No.: 50488
Date        : 03/23/2004
TOTAL DUE   :    387.00

Job No.  : 01-6460
Case No. :
Vanguard vs. Goade, et al.

Remit To:   First Services, Ltd.
            1601 Market Street
            Suite 2250
            Philadelphia, PA 19103

April 2, 2004         951314

***FOUR HUNDRED SIXTY-SEVEN AND 00/100 DOLLARS***         $***467.00

First Services, Ltd
1601 Market Street, Ste 2250
Philadelphia, PA  19103

951314

21693        First Services, Ltd

| Invoice No. | Invoice Date | Description | Invoice Amount | Discount | Payment Amount |
|---|---|---|---|---|---|
| 50488 | 3/23/2004 | | $387.00 | $0.00 | $387.00 |
| 50500 | 3/23/2004 | | $80.00 | $0.00 | $80.00 |
| | | | | Check Total | 467.00 |



Tax Due: _____  TAXABLE: _____









