# **<u>EXHIBIT J</u>**

03/30/2004  23:09   2155639882                FIRST SERVICES LTD                        PAGE  03

*21693*

# First Services, Ltd.
Court Reporting • Video Conferencing

1601 Market Street , Suite 2250 , Philadelphia, PA 19130
215.563.9880- , fax 215.563.9882

Marc L. Zaken
Edwards & Angell, LLP
3 Stanford Plaza
301 Tresser Boulevard
Stanford, CT 06901

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 50500 | 03/23/2004 | 03-6461 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 03/03/2004 | FIRSDA | |

**CASE CAPTION**

Vanguard vs. Goade, et al.

**TERMS**

Net 30, 1.5% Monthly

---

VIDEO CONFERENCE FEE:
   G. Codding and J. Titterington
     Tape Duplication                                                80.00

                    TOTAL  DUE  >>>>                        80.00

Office Charges: G/L # *49975-0201*

Incurring Employee ID # *2578  M. Cahn*

Office: (Circle One)

PRV  BOS  HFD  NJ  NY  WPB  FTL  (STM)   *Tax Due:*   *TAXABLE:*
Office Overhead:        OFUN  FMUN
        OR
Practice Group: _____

Approved by:_____Date:_____

Add'l Approval:_____Date:_____

TAX ID NO.: 23-3024782                                        (203) 353-6819

*Please detach bottom portion and return with payment.*

Marc L. Zaken
Edwards & Angell, LLP
3 Stanford Plaza
301 Tresser Boulevard
Stanford, CT 06901

Invoice No.:  50500
Date      :  03/23/2004
TOTAL DUE  :      80.00

Job No.   :  03-6461
Case No.  :
Vanguard vs. Goade, et al.

Remit To:   First Services, Ltd.
           1601 Market Street
           Suite 2250
           Philadelphia, PA 19103

April 2, 2004          951314

***FOUR HUNDRED SIXTY-SEVEN AND 00/100 DOLLARS***          $***467.00

First Services, Ltd
1601 Market Street, Ste 2250
Philadelphia, PA  19103

951314

21693          First Services, Ltd

| Invoice No. | Invoice Date | Description | Invoice Amount | Discount | Payment Amount |
|---|---|---|---|---|---|
| 50488 | 3/23/2004 | | $387.00 | $0.00 | $387.00 |
| 50500 | 3/23/2004 | | $80.00 | $0.00 | $80.00 |
| | | | | Check Total | 467.00 |





ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER · SEE REVERSE SIDE FOR COMPLETE SECURITY FEATURES

Edwards & Angell LLP
Three Stamford Plaza, 301 Tresser Boulevard · Stamford CT 06901

Fleet www.fleet.com
52 36/112

No. 951314

CHECK DATE
April 2, 2004

CHECK NO.
951314

***FOUR HUNDRED SIXTY-SEVEN AND 00/100 DOLLARS***

CHECK AMOUNT
$***467.00

PAY TO
ORDER
OF

First Services, Ltd.
1601 Market Street, Ste 2250
Philadelphia, PA 19103

Stamford Main Account
Two Signatures Required For Amounts Exceeding $2000.00
VOID IF 180 DAYS OR OLDER

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK · TOUCH OR PRESS HERE · RED IMAGE DISAPPEARS WITH HEAT

⑈951314⑈ ⑆011200365⑆ 93550 27633⑈    ⑈0000046700⑈



FOR DEPOSIT ONLY
FIRST SERVICES, LTD.



>031201360<
COMMERCE
BANK NA
CHERRY HILL, NJ
031201360<

APR -6 04

021932760
CHERRY HILL P18
04/06/2004



The security features listed below, as well as those
not listed, exceed industry guidelines.

Security Features:
Microprinted Border:
Warning Band:
Artificial Watermark:
Colored Background:
Heat Sensitive Ink:

© Padlock design is a certification mark of Check Payment Systems Association