**EXHIBIT K**

# D & R

REPORTING & VIDEO, INC.

ROBINSON RENAISSANCE
119 N. ROBINSON, SUITE 650
OKLAHOMA CITY, OKLAHOMA 73102
(405) 235-4106
FAX # (405) 235-4115

TO:
Marc Zaken
EDWARDS & ANGELL
Attorney at Law
3 Stamford Plaza
301 Tresser Boulevard
Stamford, CT 06901

PHONE: 203-975-7505
FAX:   203-975-7180
PAID BY COD
Date: 8-05-04

---

Original and one copy of the deposition of
JAY BELLER, taken in the case styled VANGUARD
ID SYSTEMS, INC., -vs- RONNIE GOADE, et al.;
Case No. 2:02-cv-02943-JPF . . . . . . . . .  $459.95

Thank you,

Marta Mattingly

Tax I. D. #73-1334253
PLEASE RETURN COPY OF STATEMENT WITH PAYMENT
We accept Mastercard, Visa, & American Express



