**EXHIBIT L**



**Affinity VideoNet, Inc.**
Seven Desoto Road
Essex, MA   01929
USA

Invoice #:   02407944

Date:   7/31/04

49975.
0001

Karen Chapman
**Edwards & Angell LLP**
301 Tresser Blvd
Stamford, CT 06901

| Description | | Amount |
|---|---|---|
| Videoconference    July 28, 2004 | Oklahoma City & Stamford | |
| Room use:  2.5 hours @ $200/hour | | $500.00 |
|            2.5 hours @ $215/hour | | $537.50 |
| Network:  2.5 hours @ $90/hour | | $225.00 |
| Faxes | | $10.00 |
| Scheduling fee | | $50.00 |

Reservation #AVN-17848

49975.0001
2518. M. Zajun

Office:
Incurrin
Office: (
PRV  BOS                    TL  STM
Office Overhead:
OR
e Group:
by                          8/9/04

Your Order #:

Total Amount:   $1,322.50
Amount Applied:   $0.00
Balance Due:   $1,322.50

**PAYABLE UPON RECEIPT IN US DOLLARS**
(by check drawn on US bank payable to Affinity VideoNet  or  by bank transfer - see below)

**THANK YOU FOR CHOOSING AFFINITY VIDEONET!**

**Reservations & Information:**
Tel  978 768-7480
Fax  978 768-7474

**Billing inquiries:**
Tel  978 768-3236
Fax  978 768-2574

**Federal Tax ID #04-3215925**

**Direct Bank Payments:**
Fleet Bank
Account # 941 8558 168

*Wire Transfers:*
37 Enon St  Beverly, MA 01915
ABA/Routing 011500010
Int'l SWIFT Code FNBBUS33

*ACH Electronic Processing:*
99 Founders Pl  E Hartford, CT 06108
ABA/Routing 011000138