# **EXHIBIT M**

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINT BORDER - SEE REVERSE SIDE FOR COMPLETE SECURITY FEATURES

**Edwards & Angell** LLP

Three Stamford Plaza   301 Tesser Boulevard   Stamford, CT 06901

Fleet   www.fleet.com
52-36/112

No.   951464

|  | CHECK DATE | CHECK NO. |
|---|---|---|
|  | August 9, 2004 | 951464 |

CHECK AMOUNT

***SIX HUNDRED EIGHTY-FOUR AND 95/100 DOLLARS***          $***684.95

PAY TO
ORDER
OF

D & R Reporting & Video, Inc
119 N. Robinson, Ste 650
Oklahoma City, OK  73102

Stamford Main Account
Two Signatures Required For Amounts Exceeding $2000.00
VOID IF 180 DAYS OR OLDER

MP

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK - TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT

⑈"951464"⑈ ⑆011200365⑆ 93550  27633⑈"

---

**Edwards & Angell** LLP

Stamford Main Account

NUMBER   951464

| 22303 | D & R Reporting & Video, Inc |
|---|---|

| Invoice No. | Invoice Date | Description | Invoice Amount | Discount | Payment Amount |
|---|---|---|---|---|---|
| 42232 | 8/5/2004 | for original and one copy of the deposition 8/5/04 of Jay Beller/M. Zaken | $459.95 | $0.00 | $459.95 |
| 43703 | 8/5/2004 | for the videotaped deposition 8/5/04 of Jay von Beller/M. Zaken | $225.00 | $0.00 | $225.00 |
|  |  |  | Check Total |  | 684.95 |

951464

22303

# D & R

### REPORTING & VIDEO, INC.

ROBINSON RENAISSANCE
119 N. ROBINSON, SUITE 650
OKLAHOMA CITY, OKLAHOMA 73102
(405) 235-4106
FAX # (405) 235-4115

43703

49975-0001)

**TO:**   Marc I. Zaken
3 Stamford Plaza
301 Tresser Blvd.
Stamford, CT  06901

PAID BY COD

Date: 8-5-04

---

The VIDEOTAPED deposition of JAY VON BELLER, in the
case styled VANGUARD v. GOADE

$225.00

MASTER TAPE DELIVERED TO MR. ZAKEN

Thank you,

Bruce Rodgers

**Tax I. D. #73-1334253**
**PLEASE RETURN COPY OF STATEMENT WITH PAYMENT**
**We accept Mastercard, Visa, & American Express**



Edwards & Angell
Three Stamford Plaza, 301 Tresser Boulevard, Stamford, CT 06901

Fleet
www.fleet.com
52436/112

No. 951464

CHECK DATE        CHECK NO.
August 9, 2004        951464

CHECK AMOUNT
$ ***684.95

***SIX HUNDRED EIGHTY-FOUR AND 95/100 DOLLARS***

PAY TO THE
ORDER OF
D & R Reporting & Video, Inc.
119 N. Robinson, Ste 660
Oklahoma City, OK 73102

TCB - Stamford Main Account 119458
Signature Required Above with an credit $2000.00
VOID IF ALTERED OR NO OR ORDER

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH OR PRESS HERE. RED IMAGE DISAPPEARS WITH HEAT.

⑈951464⑈ ⑆011200365⑆93550 27633⑈        ⑈000006⑆8495⑈

