**EXHIBIT N**

October 5, 2004          156805

***THREE HUNDRED EIGHTY-SEVEN AND 80/100 DOLLARS***          $***387.80

Varallo Incorporated
Eleven Penn Center, Suite 600
1835 Market Street
Philadelphia, PA  19103

156805

VARALLO      Varallo Incorporated

| Invoice No. | Invoice Date | Description | Invoice | Discount | Payment |
|---|---|---|---|---|---|
| 112089 | 8/10/2004 | | $387.80 | $0.00 | $387.80 |

Due date 9/17/04

Vincent Varallo Associates and
Foster Court Reporting Service are now



# VARALLO
INCORPORATED
1835 Market Street - Suite 600
Philadelphia, PA 19103
TEL: 215.561.2220   FAX: 215.561.2221

Job #: 040726CW02
Job Date: 07/26/2004
Order Date: 07/26/2004
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

**Reminder**

Reminder Date: 09/14/2004
Invoice #: 112089
Inv. Date: 08/10/2004
Balance: $387.80

Bill To:
MARC L. ZAKEN, ESQ.
EDWARDS & ANGELL, LLP
THREE STAMFORD PLAZA
301 TRESSER BOULEVARD
STAMFORD, CT 06901

Action: VANGUARD IDENTIFICATION SYSTEMS, INC.
vs
GOADE, SR.
Action #: 02-2943
Rep: CYNTHIA WHYTE, RPR
Cert: RPR

| Item | Proceeding/Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|---|
| 1 | GARY A. ROSEN, ESQUIRE | Original and One Copy | Pages | 108 | $361.80 |
| 2 | | Exhibits | Pages | 40 | $10.00 |
| 3 | | ASCII Disk | Per Disk | 1.00 | $10.00 |
| 4 | | Shipping & Handling - UPS | Per Job | 1.00 | $6.00 |

Office Charges: G/L # 49975.0001
Incurring Employee ID # M. Zaken
Office: (Circle One)
PRV BOS HFD ~~NY~~ WPB FTL STM
Office Overhead: OFUN FMUN
OR
Practice Group:
Approved by: _____ Date: 9/23/04
Add'l Approval: _____ Date:

Comments:
Transcript sent by UPS on August 6, 2004.
Copy of transcript sent to David Perlman, Esquire for signature of witness.

THIS INVOICE IS PAST DUE. PLEASE PAY IMMEDIATELY

| | |
|---|---|
| Sub Total | $387.80 |
| Tax | N/A |
| **Total Invoice** | **$387.80** |
| Finance Charge | $0.00 |
| Payment | $0.00 |
| **Balance Due** | **$387.80** |

Federal Tax I.D.: 23-174-1572
Terms: Net 30 Days -1.5% Finance Charge Monthly

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

---

Bill To:
MARC L. ZAKEN, ESQ
EDWARDS & ANGELL, LLP
THREE STAMFORD PLAZA
301 TRESSER BOULEVARD
STAMFORD, CT 06901

Deliver To:
MARC L. ZAKEN, ESQ
EDWARDS & ANGELL, LLP
THREE STAMFORD PLAZA
301 TRESSER BOULEVARD
STAMFORD, CT 06901

**Reminder**

REMIT TO:
VARALLO
INCORPORATED
1835 Market Street
Suite 600
Philadelphia, PA 19103

Invoice #: 112089
Inv. Date: 08/10/2004
Balance: $387.80
Job #: 040726CW02
Job Date: 07/26/2004
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:



Vincent Varallo Associates and
Foster Court Reporting Service are now

# VARALLO
INCORPORATED
1835 Market Street - Suite 600
Philadelphia, PA 19103
TEL: 215.561.2220   FAX: 215.561.2221

Job #: 040726CW02
Job Date: 07/26/2004
Order Date: 07/26/2004
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

## Invoice

| Invoice #: | 112089 |
|---|---|
| Inv.Date: | 08/10/2004 |
| Balance: | $387.80 |

**Bill To:**
MARC L. ZAKEN, ESQ
EDWARDS & ANGELL, LLP
THREE STAMFORD PLAZA
301 TRESSER BOULEVARD
STAMFORD, CT 06901

Action: VANGUARD IDENTIFICATION SYSTEMS, INC.
vs
GOADE, SR.
Action #: 02-2943
Rep: CYNTHIA WHYTE, RPR
Cert: RPR

| Item | Proceeding/Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|---|
| 1 | GARY A. ROSEN, ESQUIRE | Original and One Copy | Pages | 108 | $361.80 |
| 2 | | Exhibits | Pages | 40 | $10.00 |
| 3 | | ASCII Disk | Per Disk | 1.00 | $10.00 |
| 4 | | Shipping & Handling - UPS | Per Job | 1.00 | $6.00 |

Office Charges: G/L #
Incurring Employee ID # 2518 M. Zak[en] 4997 0001
Office: (Circle One)
PRV  BOS  HFD  NJ  NY  WPB  FTL  STM
Office Overhead:   OFUN   FMUN
OR
Practice Group:
Approved by: _____   Date: 8/11/04
Add'l Approval: _____   Date: _____

**Comments:**
Transcript sent by UPS on August 6, 2004.
Copy of transcript sent to David Perlman, Esquire for signature of witness.

Thank you for your business!

| | |
|---|---|
| Sub Total | $387.80 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $387.80 |
| Payment | $0.00 |
| Balance Due | $387.80 |

Federal Tax I.D.: 23-174-1572
Terms: Net 30 Days -1.5% Finance Charge Monthly

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

**Bill To:**
MARC L. ZAKEN, ESQ
EDWARDS & ANGELL, LLP
THREE STAMFORD PLAZA
301 TRESSER BOULEVARD
STAMFORD, CT 06901

**Deliver To:**
MARC L. ZAKEN, ESQ
EDWARDS & ANGELL, LLP
THREE STAMFORD PLAZA
301 TRESSER BOULEVARD
STAMFORD, CT 06901

## Invoice

REMIT TO:

# VARALLO
INCORPORATED
1835 Market Street
Suite 600
Philadelphia, PA 19103

Invoice #: 112089
Inv.Date: 08/10/2004
Balance: $387.80
Job #: 040726CW02
Job Date: 07/26/2004
DB Ref.#:
Date of Loss: / /
Your File #:

Due date 9/17/04



Vincent Varallo Associates and Foster Court Reporting Service are now

# VARALLO
INCORPORATED
1835 Market Street - Suite 600
Philadelphia, PA 19103
TEL: 215.561.2220   FAX: 215.561.2221

Job #: 040726CW02
Job Date: 07/26/2004
Order Date: 07/26/2004
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

**Reminder**

Reminder Date: 09/14/2004
Invoice #: 112089
Inv. Date: 08/10/2004
Balance: $387.80

Bill To:
MARC L. ZAKEN, ESQ
EDWARDS & ANGELL, LLP
THREE STAMFORD PLAZA
301 TRESSER BOULEVARD
STAMFORD, CT 06901

Action: VANGUARD IDENTIFICATION SYSTEMS, INC.
VS
GOADE, SR.
Action #: 02-2943
Rep: CYNTHIA WHYTE, RPR
Cert: RPR

| Item | Proceeding/Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|---|
| 1 | GARY A. ROSEN, ESQUIRE | Original and One Copy | Pages | 108 | $361.80 |
| 2 | | Exhibits | Pages | 40 | $10.00 |
| 3 | | ASCII Disk | Per Disk | 1.00 | $10.00 |
| 4 | | Shipping & Handling - UPS | Per Job | 1.00 | $6.00 |

Tax Charges: G/L # 49975.0001
Incurring Employee ID # M. Zaken
Office: (Circle One)
PRV  BOS  HFD  NJ  NY  WPB  FTL  STM
Office Overhead:   OFUN  FMUN
OR
Practice Group:
Approved by: [signature]   Date: 9/23/04
Add'l Approval:   Date:

Comments:
Transcript sent by UPS on August 6, 2004.
Copy of transcript sent to David Perlman, Esquire for signature of witness.

THIS INVOICE IS PAST DUE. PLEASE PAY IMMEDIATELY

Sub Total: $387.80
Tax: N/A
Total Invoice: $387.80
Finance Charge: $0.00
Payment: $0.00

Federal Tax I.D.: 23-174-1572
Terms: Net 30 Days -1.5% Finance Charge Monthly
Balance Due: $387.80

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

---

Bill To:
MARC L. ZAKEN, ESQ
EDWARDS & ANGELL, LLP
THREE STAMFORD PLAZA
301 TRESSER BOULEVARD
STAMFORD, CT 06901

Deliver To:
MARC L. ZAKEN, ESQ
EDWARDS & ANGELL, LLP
THREE STAMFORD PLAZA
301 TRESSER BOULEVARD
STAMFORD, CT 06901

**Reminder**

REMIT TO:
VARALLO
INCORPORATED
1835 Market Street
Suite 600
Philadelphia, PA 19103

Invoice #: 112089
Inv. Date: 08/10/2004
Balance: $387.80
Job #: 040726CW02
Job Date: 07/26/2004
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client: