**EXHIBIT O**




**Edwards & Angell** LLP
90 State House Square  Hartford, CT 06103

52-36/112

| | CHECK DATE | CHECK NO. |
|---|---|---|
| | May 21, 2004 | 905666 |

CHECK AMOUNT
$***4.00

***FOUR AND 00/100 DOLLARS***

PAY TO ORDER OF   Oklahoma County Clerk

Hartford Main Account
Two Signatures Required For Amounts Exceeding $2000.00
VOID 180 DAYS OR OLDER

⑈"905666"⑈  ⑆011200365⑆:93550  27633⑈"

**Edwards & Angell** LLP    Hartford Main Account    NUMBER  905666

OKLCOCL    Oklahoma County Clerk

| Invoice No. | Invoice Date | Description | Invoice Amount | Discount | Payment Amount |
|---|---|---|---|---|---|
| 49975.0001 | 5/21/2004 | for copy fee paid to Oklahoma County Clerk/A. Almeida | $4.00 | $0.00 | $4.00 |
| | | | | Check Total | 4.00 |

905666

REORDER FROM YOUR LOCAL SAFEGUARD DISTRIBUTOR, CALL: (401) 739-9696    8/03  00A6-00  L03SF015221

Safeguard