**EXHIBIT P**




**Edwards & Angell** LLP
90 State House Square  Hartford, CT 06103

No. 905665

52-36/112

CHECK DATE: May 21, 2004
CHECK NO.: 905665

CHECK AMOUNT
$***6.00

***SIX AND 00/100 DOLLARS***

PAY TO ORDER OF: Illinois Secretary of State

Hartford Main Account
Two Signatures Required For Amounts Exceeding $2000.00
VOID IF 180 DAYS OR OLDER

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK - TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT

⑊905665⑊  ⑉011200365⑉ 93550  27633⑊

---

**Edwards & Angell** LLP

Hartford Main Account

NUMBER  905665

ILLSEC    Illinois Secretary of State

| Invoice No. | Invoice Date | Description | Invoice Amount | Discount | Payment Amount |
|---|---|---|---|---|---|
| 49975.0001 | 5/21/2004 | for copy fee paid to Illinois Secretary of State/A. Almeida | $6.00 | $0.00 | $6.00 |

905665

REORDER FROM YOUR LOCAL SAFEGUARD DISTRIBUTOR, CALL: (401) 739-9696    8/03  00A6-00  L03SF0152217

Safeguard