**EXHIBIT Q**

```
FedEx Kinko's              (203) 968-8100
980 HIGH RIDGE RD.
Stamford,        CT 06905

QTY/LIST      DISC      PRICE      AMOUNT
14      FS OVRSZ CLR BND SQFT
   10.00      0.00      10.00      140.00
14      MOUNTING BASIC PER SQ FT
    4.50      0.00       4.50       63.00

SUB  203.00  TX   12.18  TOT   215.18
                      MasterCard   215.18
                             CHG     0.00
XXXXXXXXXXXX8569        019811
I agree to pay the above amount
according to the card issuer agreement.
Sign Here:  X_____


CM 196 TR    493021 RG 2  09/19/04 16:41
   Visit us @ http//www.fedexkinkos.com
```

| Date DUE | Time DUE | | Date IN | Time IN | | Order Taker | | | Channel | ☐ Disk ☐ Paper | If any part of the order arrived in the branch via digital means, the entire order is that channel |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/19/4 | 4:00 | AM (PM) | 9/18/4 | 2030 | AM (PM) | John | | ATTACH HOLD SALE HERE | | ☐ E-mail ☐ Web ☐ FTP | |

### Document Creation (see back) / Digital Services

| Platform | Media | File Name | #Pgs | Application/Version | Output Device | Preflighted | Location |
|---|---|---|---|---|---|---|---|
| | Labeled w/customer's name? | Sample print provided? Fonts & graphics included or embedded? | In this file | Supported by branch? | or B&W/Color/Oversize | Initial | Workstation |
| Windows / Macintosh | CD / Floppy Disk / Jaz / Zip | | | | | | |
| Windows / Macintosh | CD / Floppy Disk / Jaz / Zip | | | | | | |
| Windows / Macintosh | CD / Floppy Disk / Jaz / Zip | | | | | | |

### Approval

**Proof To Customer**  Due: Date ___ Time ___    ☐ In branch   ☐ Deliver to customer   ☐ Declined    ☐ Call 1st
☐ Via fax/Fax #: _____
Approved / Declined: _____  Customer Signature _____ Date ____

**Long-term Storage?** ☐ Yes  ☐ No  (If yes, please complete Storage Agreement)

### Black & White / Color / Oversize / Oversize Color

- Copies: 1
- Originals: 2
- Size %: 100%  ☐ ETF ☐ RTF  ☐ Hand Place  =Total Clicks: ___
- Paper Code: W
- Page Size: Other 2'×3'
- Sides: (1:1)  1:2  2:1  2:2  as:is
- Collation

Stars: "Need color", "What color paper", "Need folds or cuts", "Need binding"

Right side options:
☐ Add Header/Footer
☐ Add Page #
☐ Cut & Paste
☐ Deskew/Despeckle
☐ Imposition (N-up)
☐ Mask Image
☐ Merge Documents
☐ Photo Enhancement
☐ Shift Image
☐ Text Edits (simple)

### Binding

Binding: COIL / COMB / TAPE / VELO / WIRE
Spine Color: BK  BOOK
Cover Paper Codes: Front ___ Back ___
Cover Printing: NPC / PC / PCR
Star: "Need tabs"

### Laminate/Mount

Laminating: ☐ Glossy ☐ Matte ☐ UV   Pouch Size: 8½×11, 8½×14, 11×17   Mil ___   Trim? Y N
Mounting: ☐ Foam (circled) ☐ Gator ☐ Easel   MNT / MNT L / SBM   Other: 2'×3'

Right side:
☐ Request Pending
☐ Written Permission
☐ Release Form On File
☐ N/A

### Finishing

Stapling / Folding / Cutting (Dimensions: X) / Drilling / Padding / Shrinkwrap / Tabs / Pads

Tab Font: ____
Tab Text:
1. ____
2. ____
3. ____

| DEPT | ITEM | DESCRIPTION | PAPER CODE | QTY |
|---|---|---|---|---|
| FS | OVS | Color | Matt. | 14 |

Payment: ☐ Credit Card  ☐ Cash/Check  ☐ Kinko's CAS
CAS# _____ PO# _____

ET Lite Tracking #: 14880

Customer/Account Name: CHAPMAN, KAREN

Daytime Phone: (203) 968-8649  Home

**kinko's**

October 2003

| | | | | | |
|---|---|---|---|---|---|
| **Edwards & Angell LLP** | | Fleet www.fleet.com 52-36/112 | | No. | **951532** |
| Three Stamford Plaza 301 Tesser Boulevard Stamford, CT 06901 | | | | CHECK DATE | CHECK NO. |
| | | | | September 20, 2004 | 951532 |

CHECK AMOUNT

***TWO HUNDRED THIRTY AND 81/100 DOLLARS***  $***230.81

PAY TO ORDER OF   Karen J. Chapman

Stamford Main Account
Two Signatures Required For Amounts Exceeding $2000.00
VOID IF 180 DAYS OR OLDER

⑈ THIS DOCUMENT CONTAINS HEAT SENSITIVE INK — TOUCH OR PRESS HERE — RED IMAGE DISAPPEARS WITH HEAT ⑈

⑈951532⑈ ⑆011200365⑆ 93550 27633⑈

---

**Edwards & Angell LLP**    Stamford Main Account    NUMBER    **951532**

2512    Karen J. Chapman

| Invoice No. | Invoice Date | Description | Invoice Amount | Discount | Payment Amount |
|---|---|---|---|---|---|
| 091904KJC | 9/19/2004 | for mileage, meal and Court exhibits color boards for trial preparation 9/19/04/M. Orce | $230.81 | $0.00 | $230.81 |
| | | | Check Total | | 230.81 |

951532

REORDER FROM YOUR LOCAL SAFEGUARD DISTRIBUTOR, CALL: (401) 739-9698    8/03  00A6-00  L03SF015226M