**EXHIBIT R**

# INVOICE

1970  57406

EDDY MESSENGER SERVICE
348 FAIRFIELD AVENUE
STAMFORD, CT 06902
(203) 348-0005

| INVOICE NUMBER | CUSTOMER NUMB |
|---|---|
| 17543 | 1824 |
| INVOICE DATE | TOTAL AMOUNT |
| 9/18/04 | 286.00 |

EDWARDS & ANGELL
Attn: PATTIE MICHAUD
ACCTS PAYABLE
301 TRESSER BOULEVARD
STAMFORD, CT 06901

PLEASE REMIT PAYMENT TO:
5 WEST MAIN STREET
ELMSFORD, NY 10523
(914) 345-0795

Please tear at perforation and return top portion with your payment.

| | CUSTOMER NO. | INVOICE NO. | INVOICE FOR PERIOD ENDING | AMOUNT DUE | PAGE | |
|---|---|---|---|---|---|---|
| EDDY MESSENGER SERVICE | 1824 | 17543 | 9/18/04 | 286.00 | 1 | 348 FAIRFIELD AVENUE |

| DATE | JOB NO. | SVC TYPE | SERVICE DETAIL | | CHARGE BREAKDOWN | TOTA |
|---|---|---|---|---|---|---|
| 9/16/04 | 71222 | IMM | EDWARDS & ANGELL<br>301 TRESSER BOULEVARD<br>STAMFORD   CT 06901<br>Caller: CHRISTINA LONDON Time: 13:46<br>Signed: LAURA A | LYNCH TRAUB & KEEFE<br>52 TRUMBULL STREET<br>NEW HAVEN   CT 06500<br><br>Time: 16:15  Reference 49535.59347 | BASE    : 59.00<br>FUEL SURCH: 2.36 | 61. |
| | | | Total Charges for Ref. - 49535.59347: | 61.36 | | |
| 9/17/04 | 71277 | IMM | EDWARDS & ANGELL<br>301 TRESSER BOULEVARD<br>STAMFORD   CT 06901<br>Caller: JAMAR  Time: 09:18<br>Signed: DENISE ORTIZ | EDWARDS & ANGELL<br>90 STATEHOUSE SQUARE<br>HARTFORD   CT 06100<br><br>Time: 12:26  Reference 499750001 | BASE    : 108.00<br>FUEL SURCH: 4.32 | 112. |
| | | | Total Charges for Ref. - 499750001: | 112.32 | | |
| 9/17/04 | 71301 | IMM | EDWARDS & ANGELL<br>301 TRESSER BOULEVARD<br>STAMFORD   CT 06901<br>Caller: DEXTER  Time: 12:18<br>Signed: PRICELLA HOPP | EDWARDS & ANGELL<br>90 STATEHOUSE SQUARE<br>HARTFORD   CT 06100<br><br>Time: 15:20  Reference 999980001 | BASE    : 108.00<br>FUEL SURCH: 4.32 | 112. |
| | | | Total Charges for Ref. - 999980001: | 112.32 | | |

Charges: G/L # _____
Incurring Employee ID # 9989
(Circle One)
NY  BOS  HFD  ... WPB  FTL  STM
Office Overhead:  ...JN  FMUN
OR
Practice Group:
Approved by: _____ Date: 9/23/04
Approval: _____ Date: _____

TOTAL ▶ 286.(