# EXHIBIT S

**BAZELON LESS & FELDMAN, P.C.**

**1515 Market Street, Suite 700**
**Philadelphia, PA 19102**
**(215) 568-1155**

**Tax ID# 23-2937029**

October 13, 2004

Billed through September 30, 2004

Invoice number 3724 00001 16306 ARF

Ron E. Goade
1027 Waterwood Parkway
Edmond, OK 73034

**Regarding:**

Vanguard Identification Systems, Inc. v. Goade, et al.,
No. 02-CV-02943 (E.D. Pa.)
Vanguard Identification Systems, Inc. v. Stik/Strip Laminating Co., et al.,
No. 97-CV-6790 (E.D. Pa.)

**For Professional Services Rendered:**



3724  00001     16306

Page No. 2

3724 00001   16306                                            Page No. 3

[Page contents redacted]

**Disbursements:**

| | |
|---|---|
| Photocopying | $2,004.86 |

**Billing Summary:**

TOTAL FEES
TOTAL DISBURSEMENTS
***TOTAL AMOUNT THIS BILL***

NET BALANCE FORWARD
***PLEASE PAY THIS AMOUNT***