# EXHIBIT T







PAY TO THE ORDER OF
EAGLE NATIONAL BANK
FOR DEPOSIT ONLY
LAWS TRANSCRIPTION SERVICE
2500089512

10/27/04
UPPER DARBY, PA
EAGLE NATIONAL

FLEET

PAY TO THE ORDER OF
EAGLE NATIONAL BANK
FOR DEPOSIT ONLY
LAWS TRANSCRIPTION SERVICE
2500089512

10/25/04
UPPER DARBY, PA
EAGLE NATIONAL

| Invoice No. | Invoice Date | Description | Invoice Amount | Discount | Payment Amount |
|---|---|---|---|---|---|
| 49975.0001 | 10/19/2004 | for trial transcripts paid to Laws Transcription Service/W. Lohnes | $933.30 | $0.00 | $933.30 |
| | | | Check Total | | 933.30 |

906033



ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER - SEE REVERSE SIDE FOR COMPLETE SECURITY FEATURES

Edwards & Angell LLP
90 State House Square - Hartford, CT 06103

○ Fleet  www.fleet.com

No. 906042

CHECK DATE          CHECKING NO.
October 22, 2004          906042

CHECK AMOUNT
$***60.00

**SIXTY AND 00/100 DOLLARS**

PAY TO THE
ORDER OF

Laws Transcription Service
40 West Lacrosse Avenue
Lansdowne, PA 19050

Hartford Main Account
Two Signatures Required For Amounts Exceeding $5000.00
VOID IF 180 DAYS OR OLDER

THIS DOCUMENT CONTAINS HEAT-SENSITIVE INK. TOUCH OR PRESS HERE. RED IMAGE DISAPPEARS WITH HEAT

⑈906042⑈ ⑈011200365⑈93550 27633⑈

---

Edwards & Angell LLP          Hartford Main Account          906042

13590          **Laws Transcription Service**

| Invoice No. | Invoice Date | Description | Invoice Amount | Discount | Payment Amount |
|---|---|---|---|---|---|
| 49975.0001A | 10/20/2004 | for balance for trial transcripts | $60.00 | $0.00 | $60.00 |

906042

SAFEGUARD

04-601

# LAWS TRANSCRIPTION SERVICE
48 W. LaCROSSE AVENUE
LANSDOWNE, PA 19050
(610) 623-4178

FEDERAL TAX ID # 23-2320379

TO:                                    DATE:

William Lohres, Esq.         10/20/04
Edwards & Angell
90 State House Square
Hartford, CT 06103

| DATE OF PROCEEDINGS | CAPTION OR TITLE OF CASE | NO. OF COPIES | AMOUNT PER PAGE | NUMBER OF PAGES | TOTAL |
|---|---|---|---|---|---|
| 9/20/04 thru 9/29/04 | Vanguard v Shade | 1 | 1.10 | 903 | $993.30 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| | |
|---|---|
| TOTAL | $993.30 |
| DEPOSIT | $933.30 |
| BALANCE DUE | $60.00 |
| AMOUNT REFUNDED | |