IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **VANGUARD IDENTIFICATION SYSTEMS, INC.,** | : <br> : <br> : <br> :    CIVIL ACTION <br> : <br> :    NO. 02-2943 <br> : <br> : <br> : <br> : <br> : |
| Plaintiff, | |
| v. | |
| **RONNIE E. GOADE, SR.**, et. al. | |
| Defendants. | |

### AFFIDAVIT OF DAVID J. PERLMAN, ESQUIRE IN SUPPORT OF OBJECTIONS TO DEFENDANTS' BILL OF COSTS

I, David J. Perlman, Esquire, being duly sworn according to law, depose and says:

1. I am over 18 years of age and an attorney at law representing the Plaintiff in this action. I have personal knowledge of the facts set forth in this Affidavit. If called upon as a witness, I would testify competently.

2. The charges for remote video conferences were unnecessary and I do not believe they are allowed under 28 U.S.C § 1920. The Defendants' Supplemental Declaration shows such a fee in three instances: I(b)(ii)($1,980.00); I(c)(ii)($2,070); I(e)(i)($1,322.50). In each case, Defendants' counsel opted not to travel to the location of the witness or deposition in order to participate in the deposition.

3. Secondly, the fee for a copy of a videotape was unnecessary when the transcript was available, and, I believe, not allowed by 28 U.S.C. § 1920. Defendants list such charges in four instances: I(b)(iii)($534.25); I(c)(iii)($165.00); I(d)(ii)($80.00); I(e)(iii)($225.00).

4. Also, the photocopying charge of $2.004.86 appears excessive. At a charge of $0.8

per page, that would be over 25,000 pages of photocopying. Moreover, absolutely no support for this charge is provided other than a line-time on an attorney's bill.

AFFIANT:

_____
DAVID J. PERLMAN, ESQUIRE

SWORN AND SUBSCRIBED TO BEFORE ME

THIS _____ DAY OF _____, 2005.

          (seal)
_____
          Notary Public