## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VANGUARD IDENTIFICATION SYSTEMS, INC.**, | : | |
| | : | |
| | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | **NO. 02-2943** |
| v. | : | |
| | : | |
| **RONNIE E. GOADE, SR.**, et. al. | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF APPEAL

Notice is hereby given that Vanguard Identification Systems, Inc., Plaintiff in the above named action, hereby appeals to the United States Court of Appeals for Third Circuit from the final judgment entered in this action on February 14, 2005.

Respectfully submitted,

**BOCHETTO & LENTZ, P.C.**
DJP2105

By: _____
    George Bochetto, Esquire
    David J. Perlman, Esquire
    1524 Locust Street
    Philadelphia, PA 19102
    Ph: (215) 735-3900
    Fx: (215) 735-2455

Date: February 22, 2005                Attorneys for Plaintiff
                                     Vanguard Identification Systems, Inc.

## CERTIFICATE OF SERVICE

I, David J. Perlman, Esquire, hereby certify that I caused to be served a true and correct copy

of the foregoing Notice of Appeal upon the following counsel via U.S. mail:


Marc L. Zaken, Esquire
EDWARDS & ANGELL
3 Stamford Plaza
301 Tresser Boulevard
Stamford, CT 06901


A. Richard Feldman, Esquire
BAZELON, LESS & FELDMAN, P.C.
1515 Market Street, Suite 700
Philadelphia, PA 19102-1907


**BOCHETTO & LENTZ, P.C.**
DJP2105


By:_____
     David J. Perlman, Esquire


Date: February 22, 2005