IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

VANGUARD IDENTIFICATION SYSTEMS, INC.

           02-CV-2943
           District Court Docket Number

vs.

RONNIE E. GOADE, SR., ET AL

Notice of Appeal Filed 2/22/05
Court Reporter(s)/ESR Operator(s)     N/A

Filing Fee:
    Notice of Appeal _X_ Paid __Not Paid   __Seaman
    Docket Fee      _X_ Paid __Not Paid   __USA/VI

CJA Appointment (Attach Copy of Order)

__Private Attorney
__Defender Association or Federal Public Defender
__Motion Pending

Leave to Proceed In Forma Pauperis   status, if applicable: (Attach copy of the Order)

__Motion Granted
__Motion Denied
__Motion pending before district judge

Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

__Granted
__Denied
__Pending

CC:

Defendant's Address (for criminal appeals)

Prepared by : _____
James Deitz , Deputy Clerk

PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS

notapp.frm