IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VANGUARD IDENTIFICATION SYSTEMS, INC.** | : : : | **CIVIL ACTION** |
| **v.** | : | |
| **RONNIE E. GOADE, SR.** | : | **NO. 02-2943** |

**JUDGMENT**

    **AND NOW**, this _____ day of _____, _____ 2006, judgment is hereby entered in favor of defendant Ronnie Goade, Sr. and against Vanguard Identification Systems, Inc. in the amount of $14,723.60.

 

S/ Michael E. Kunz
**MICHAEL E. KUNZ**
**CLERK OF COURT**