IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

September 4, 2008

TO: Counsel of Record

SUBJECT: **LOCAL RULE OF CIVIL PROCEDURE 5.1.5,** *Documents Filed Under Seal*

CIVIL ACTION NO. 02-02943
VANGUARD IDENTIFICATION SYSTEMS, INC. vs. GOADE, SR. et al

**N O T I C E**

Pursuant to Rule 5.1.5 of the Local Rules of Civil Procedure, Documents Filed Under Seal, *as approved and adopted by the judges of the United States District Court for the Eastern District of Pennsylvania,* effective March 1, 2005, the below noted document(s) continue(s) to remain sealed. The two-year period prescribed by L.R.C.P. 5.1.5 (b)(2) has now concluded and the Court has not entered an order continuing its sealed status beyond that time.

In accordance with L.R.C.P. 5.1.5(c), this is to notify you that the aforesaid document(s) will be unsealed unless you advise the Clerk in writing within sixty (60) days from the date of this notice, that you object to the unsealing of said document(s). If you object to the unsealing of the document(s) or if this Notice is returned unclaimed, the court will make a determination, on a case-by-case basis, whether to maintain the document(s) under seal, to unseal the document(s) under seal, or to require further notification.

**DOCUMENT(s) CURRENTLY UNDER SEAL:**

| Paper No. | Filed on | |
|---|---|---|
| 50 | 7/13/2004 | **Plaintiff Vanguard Identification Systems, Inc.'s Motion for Leave to File a second amended Complaint, Memorandum, Certificate of Service. (Exhibit F Under Seal).** |
| 56 | 9/1/2004 | **Appendix of Exhibits volumes I, II, and III to Motion for Summary Judgment with Respect to all counts of Plaintiff's First Amended Complaint by Defendants Ron E. Goade Jr., Sean Goade, Susan M. Goade, Renise Goade Lee, Ronnie E. Goade, Sr., Liquidating Trustees 1-6, Reg Oklahoma Acquisition, LLC. The Ronnie E. Goade, Sr. Revocable trust. Exhibits 5,6,9,10, 18 of Defendants Motion for Summary with respect to all counts of Plaintiffs Amended Complaint Filed Under Seal.** |

      A copy of Local Rule of Civil Procedure 5.1.5 is attached for your convenient reference. If you have any questions, please call Eileen J. Bobb at (267) 299-7177.

      Very truly yours,

      MICHAEL E. KUNZ
      CLERK OF COURT

      Eileen J. Bobb
      Deputy Clerk

Copies by mail to:

| | | |
|---|---|---|
| G. Bochetto | A. Feldman | W. Lohnes |
| J. McMillin | R. Nicholas | J. Ogren |
| D. Perlman | G. Rowe | J. Stretton |
| M. Zaken | | |

Notice L.R. 5.1.5.frm